**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FEB 10 2012

JAMES W. McCORMACK, CLERK
By:_____
                                   DEP CLERK

GARY REECE, for himself and all other Arkansas                          PLAINTIFF
residents similarly situated

V.                          CASE NO. *4:12-CV-091 BSM*

THE BANK OF NEW YORK, MELLON                                            DEFENDANT
AS TRUSTEE FOR CIT MORTGAGE LOAN
TRUST 2007-1

This case assigned to District Judge _*Miller*_
and to Magistrate Judge_____*Young*_

## NOTICE OF REMOVAL

Named defendant "The Bank of New York Mellon as Trustee for CIT Mortgage Loan

Trust, 2007-1" appears by and through Vericrest Financial, Inc. as Servicer and Attorney in

Fact ("Vericrest") for The Bank of New York Mellon f/k/a The Bank of New York, a New

York banking corporation, in its capacity as Trustee for CIT Mortgage Loan Trust 2007-1

("Trustee"), and for its notice of removal pursuant to 28 U.S.C. §§1441, 1331, and 1332,

states as follows:

1.      On October 15, 2010, plaintiff Gary Reece ("Reece") along with Sherri Wood

commenced an action in the Circuit Court of Pulaski County, Arkansas, Fifth Division,

entitled *Gary Reece or Sherri Woods and/or Occupants of 1015 North Mississippi Little Rock,*

*AR 72207 v. The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1*,

Case No. 60CV-2010-5926, by the filing of a complaint for temporary restraining order (the

"Original Complaint").

2.      The Original Complaint sought only equitable relief under Arkansas law.

3.      Co-plaintiff Sherri Wood later dismissed all of her claims without prejudice.

4.      On January 18, 2012, Reece filed a First Amended Class Action Complaint (the "Amended Complaint") which raised new issues and requested different relief from the Original Complaint which only sought equitable relief.

5.      In the Amended Complaint, Reece alleges he is an individual resident of the State of Arkansas.

6.      The putative class of plaintiffs is described as

> All residents of the State of Arkansas who were subject to non-judicial foreclosure proceedings initiated by BNY Mellon within the State of Arkansas in the past five years immediately preceding the filing of the original class action complaint up to and through the date of judgment in this case.  Excluded from the Class are Defendants, its officers and directors, agents, and employees.

7.      Vericrest and Trustee are foreign business entities with principal places of business in states other than Arkansas.

8.      Reece does not dispute that Trustee's principal place of business is outside the State of Arkansas.

9.      This Notice of Removal is filed within thirty (30) days of service of the Amended Complaint.  Copies of all the process, pleadings, and orders that have been received in this case are attached hereto as **Exhibit 1**.

10.      This civil action is removable pursuant to the provisions of 28 U.S.C. §1441 because Vericrest and Trustee are not citizens of the State of Arkansas where the plaintiff resides, as well as where all members of the putative plaintiff class reside.

11.      This Court has original jurisdiction over this civil action under 28 U.S.C. §1332 because it is between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

12.    Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Arkansas, Little Rock Division, embraces the Circuit Court of Pulaski County, Arkansas, where this action was first filed. Trustee, however, reserves the right to file a motion to transfer this case to another venue if appropriate pursuant to 28 U.S.C. § 1404(a), and does not waive its right to do so.

13.    Pursuant to 28 U.S.C. §1446(d), notice of the filing of this Notice of Removal will be provided to Reece and a copy of this notice, without exhibits, will be filed with the Clerk of the state court in which this action was originally filed.

14.    Trustee is not incorporated in the State of Arkansas, nor does it have a principal places of business in the State of Arkansas.  There is, therefore, complete diversity between plaintiff(s) and defendant under 28 U.S.C. § 1332(c)(1).

15.    In the Amended Complaint, Reece seeks judgment against Trustee for compensatory damages, treble damages, and punitive damages payable to the putative class in an unspecified amount that will exceed the minimum for federal diversity jurisdiction.

16.    Reece also seeks to invalidate all of Trustee's statutory foreclosures within the State of Arkansas and to force Trustee to disgorge all sums received by Trustee in connection with said foreclosures, which amount would far exceed the minimum for federal diversity jurisdiction.

17.    Reece also seeks to prevent Trustee from enforcing its mortgage interest in Reece's property, which property secures a debt of with a principal balance of approximately $139,000.00 owed by Reece.

18.     Thus, for all of these reasons the amount in controversy exceeds the $75,000.00 minimum for federal diversity jurisdiction.

19.     In addition, all of Reece's claims appear to hinge on the question of whether Trustee is authorized to do business in the State of Arkansas as alleged to be required by the Arkansas Statutory Foreclosure Act.

20.     Because Trustee is a federally-regulated company, the questions of whether Trustee is authorized to do business in Arkansas and whether federal law controls here are questions of federal law.

21.     Thus, under 28 U.S.C. § 1441, this civil action is removable because the Court has original jurisdiction pursuant to 28 U.S.C. § 1331 over Reece's claims, which arise under the laws of the United States.

22.     The undersigned states that this removal is well grounded in fact and is warranted by existing law, and is not interposed for an improper purpose.

WHEREFORE, this state court action is removed from the Circuit Court of Pulaski County, Arkansas to this Court, and this Court should take jurisdiction of this civil action to the exclusion of any further proceedings in the state court.

Respectfully submitted:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:  jhenry@wlj.com
         ajung@wlj.com


By  _____
    Judy Simmons Henry (84089)
    Adrienne L. Jung (2007159)
    Attorneys for Vericrest Financial, Inc. as
    Attorney in Fact for The Bank of New York
    Mellon f/k/a The Bank of New York, a New
    York banking corporation, in its capacity as
    Trustee for CIT Mortgage Loan Trust 2007-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2012, a copy of the foregoing was sent by United

States mail to the following:

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR  72201

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX  77058

Joel Hargis
CRAWLEY DELOACH & HARGIS
533 West Washington
Jonesboro, AR  72401

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923

Kathy A. Cruz
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR  71901

Samuel S. High
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR  72211

Judy Simmons Henry

## Report Selection Criteria

**Case ID:**         60CV-10-5926
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**     60CV-10-5926 - GARY REECE ET AL V THE BANK OF NEW YORK
**Filing Date:** Friday , October 15th, 2010
**Type:**        FC - FORECLOSURE
**Status:**      *none*
**Images:**

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|-------|-----------|------|----------|-------|
| OTHER HEARING | 02/22/2011 10:30 AM | COURTROOM 410, 5TH DIVISION | CIRCUIT | HON. WENDELL GRIFFEN - 5TH |
| REPORT/STATUS | 07/29/2011 01:30 PM | COURTROOM 410, 5TH DIVISION | CIRCUIT | HON. WENDELL GRIFFEN - 5TH |
| REPORT/STATUS | 11/04/2011 09:00 AM | COURTROOM 410, 5TH DIVISION | CIRCUIT | HON. WENDELL GRIFFEN - 5TH |
| TRIAL | 05/11/2012 10:00 AM | COURTROOM 410, 5TH DIVISION | CIRCUIT | HON. WENDELL GRIFFEN - 5TH |

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|-------|-------|----------|------|-----|------|
| 1 | | | JUDGE | 7965388 | **HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT** |
| | | | | Aliases: | *none* |

1

| | | | | | |
|---|---|---|---|---|---|
| | (501)340-8550 | | | | |
| 2 | | | PLAINTIFF | 3431433 | **REECE, GARY LEE** |
| | | | | Aliases: | *none* |
| 3 | | | PLAINTIFF | 10612364 | **WOODS, SHERRI** |
| | | | | Aliases: | *none* |
| 4 | | | PLAINTIFF | 10612366 | **OCCUPANTS OF 1015 NORTH MISSISSIPPI** |
| | | | | Aliases: | *none* |
| 5 | | | DEFENDANT | 10612368 | **THE BANK OF NEW YORK, MELLON AS TRUSTEE FOR CITI MORTAGE** |
| | | | | Aliases: | *none* |
| 6 | | | PLAINTIFF/PETITIONER ATTORNEY | 1004083 | **CRUZ, KATHY A** |
| | | | | Aliases: | CRUZ, KATHY A. CRUZ, KATHY |
| 7 | | | DEFENDANT/RESPONDENT ATTORNEY | 1007395 | **HIGH, SAMUEL SCOTT** |
| | | | | Aliases: | HIGH, SAMUEL S. |
| 8 | | | PLAINTIFF/PETITIONER ATTORNEY | 1008003 | **HARGIS, JOEL GRANT** |
| | | | | Aliases: | HARGIS, JOEL G |
| 9 | | | PLAINTIFF/PETITIONER ATTORNEY | 8006604 | **EMERSON, JOHN G.** |
| | | | | Aliases: | *none* |

| 10 | | | PLAINTIFF/PETITIONER ATTORNEY | 1004697 | POYNTER, SCOTT E |
|---|---|---|---|---|---|
| | | | Aliases: | | *none* |
| 11 | | | PLAINTIFF/PETITIONER ATTORNEY | 1008396 | JENNINGS, CHRISTOPHER DURAN |
| | | | Aliases: | | *none* |
| 12 | | | PLAINTIFF/PETITIONER ATTORNEY | 1007909 | CROWDER, WILLIAM THOMAS |
| | | | Aliases: | | CROWDER, WILLIAM T |
| 13 | | | PLAINTIFF/PETITIONER ATTORNEY | 1007817 | MCGAHA, COREY DARNELL |
| | | | Aliases: | | *none* |
| 14 | | | PLAINTIFF/PETITIONER ATTORNEY | 1005256 | TURNER, TODD MARTIN |
| | | | Aliases: | | TURNER, TODD MARTIN TURNER, TODD |
| 15 | | | PLAINTIFF/PETITIONER ATTORNEY | 1006553 | TURNER, DANIEL ODELL |
| | | | Aliases: | | TURNER, DAN |
| 16 | | | PLAINTIFF | 11019542 | GARY REECE FOR ALL OTHER AR RESIDENTS SIMILARLY SITUATED |
| | | | Aliases: | | *none* |

## Violations

**Sentence**

No Sentence Info Found.

**Docket Entries**

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 10/15/2010 02:45 PM | MOF ORIGINAL | | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 10/15/2010 02:45 PM | COMPLAINT/PETITION FILED $ | | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 10/15/2010 02:45 PM | SUMMONS ISSUED | | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 10/15/2010 02:47 PM | AFFIDAVIT FILED | | |
| **Entry:** | AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER:DEF | | |
| **Images** | No Images | | |
| | | | |
| 10/18/2010 03:35 PM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$165.00 was made on receipt 60CI24765. | | |

| Images | No Images | | |
|---|---|---|---|
| | | | |
| 10/18/2010 04:40 PM | ORDER OTHER | | |
| **Entry:** | ORDER FOR TEMPORARY RESTRAINING ORDER CV.5.2010.965 | | |
| **Images** | CV.5.2010.965 | | |
| | | | |
| 11/16/2010 04:02 PM | ANSWER FILED | HIGH, SAMUEL SCOTT | |
| **Entry:** | ANSWER TO PLAINTIFF'S COMPLAINT FOR TEMPORARY RESTRAINING ORDER:DEF | | |
| **Images** | WEB | | |
| | | | |
| 11/23/2010 08:39 AM | TRIAL ACKNOWLEDGED | | |
| **Entry:** | SIGNED BY SAMUEL SCOTT HIGH ON 11/29/10 | | |
| **Images** | WEB | | |
| | | | |
| 11/24/2010 01:50 PM | LETTER TO COURT | | |
| **Entry:** | LETTER TO COURT C/O MS HALL SAMMY HIGH DATE: NOV 16,2010 | | |
| **Images** | WEB | | |
| | | | |
| 12/02/2010 04:33 PM | TRIAL ACKNOWLEDGED | CRUZ, KATHY A | |
| **Entry:** | ACKNOWLEDGED ABY KATHY A CRUZ ON NOVEMBER 29TH | | |
| **Images** | WEB | | |
| | | | |
| 12/06/2010 10:12 AM | TRIAL ACKNOWLEDGED | | |
| **Entry:** | SIGNED BY KATHY A CRUZ ON 12/7/10 | | |
| **Images** | WEB | | |
| | | | |

| 12/09/2010 11:29 AM | MOTION CONTINUANCE | CRUZ, KATHY A | |
|---|---|---|---|
| **Entry:** | PLF | | |
| **Images** | <u>WEB</u> | | |

| 12/09/2010 11:29 AM | ORDER ON MTN CONTINUE | | |
|---|---|---|---|
| **Entry:** | ORDER GRANTING MOTION TO CONTINUANCE CV.5.2010.1175 | | |
| **Images** | <u>CV.5.2010.1175</u> | | |

| 02/17/2011 11:04 AM | ENTRY OF APPEARANCE | HARGIS, JOEL GRANT | |
|---|---|---|---|
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |

| 02/22/2011 12:12 PM | JUDGE NOTE | | |
|---|---|---|---|
| **Entry:** | Rule 65 hearing to consider whether to maintain temporary restraining order in non-judicial foreclosure. Attorney's Joel Hargis and Kathy Cruz for plaintiff. Samuel Scott High for Defendant. Plaintiff challenges standing of Defendant to effect non-judicial foreclosure based on question about whether Defendant stands in privity with mortgagee and whether mortgage was properly assigned to Defendant, question Defendant's legal authority to do business in Arkansas, and urge that TRO remain in effect. Defendant introduces Exhibits A, B, C, and D to address privity issues, and suggests that Plaintiff make mortgage payments to the registry of Court in lieu of posting bond per Rule 65(d). Issue taken under advisement. Written ruling to follow on or before February 26, 2011. | | |
| **Images** | No Images | | |

| 02/23/2011 03:24 PM | ENTRY OF APPEARANCE | HARGIS, JOEL GRANT | |
|---|---|---|---|
| **Entry:** | ORIGINAL COPY | | |
| **Images** | <u>WEB</u> | | |

| 02/25/2011 04:18 PM | ORDER OTHER | | |
|---|---|---|---|

| Entry: | ORDER - TEMPORARY RESTRAINING ORDER ENTERED ON OCT 18,2010 BE STAYED UNTIL THE NEXT HEARING ON THE MERITS OF THIS CASE AND WHETHER A PERMANENT INJUNCTION SHOULD BE GRANTED CV.5.2011.178 | | |
| --- | --- | --- | --- |
| Images | CV.5.2011.178 | | |

| 03/07/2011 01:39 PM | PAYMENT RECEIVED | | |
| --- | --- | --- | --- |
| Entry: | *none.* | | |
| Images | No Images | | |

| 03/22/2011 12:18 PM | TRIAL ACKNOWLEDGED | | |
| --- | --- | --- | --- |
| Entry: | SIGNED BY KATHY A CRUZ ON 3/16/11 | | |
| Images | WEB | | |

| 03/29/2011 12:29 PM | MOTION CONTINUANCE | HIGH, SAMUEL SCOTT | |
| --- | --- | --- | --- |
| Entry: | DEF | | |
| Images | WEB | | |

| 03/29/2011 02:51 PM | TRIAL ACKNOWLEDGED | | |
| --- | --- | --- | --- |
| Entry: | SIGNED BY JOEL GRANT HARGIS ON 3/17/11 | | |
| Images | WEB | | |

| 04/04/2011 03:49 PM | TRIAL ACKNOWLEDGED | | |
| --- | --- | --- | --- |
| Entry: | SIGNED BY SAMUEL SCOTT HIGH ON 3/16/11 | | |
| Images | WEB | | |

| 04/13/2011 11:47 AM | TRIAL ACKNOWLEDGED | | |
| --- | --- | --- | --- |
| Entry: | SIGNED BY JOEL GRANT HARGIS ON 4/7/11 | | |

| Images | WEB | | |
|---|---|---|---|
| | | | |
| 04/26/2011 08:13 AM | ORDER ON MTN CONTINUE | | |
| Entry: | ORDER FOR CONTINUANCE GRANTED CV.5.2011.403 | | |
| Images | CV.5.2011.403 | | |
| | | | |
| 06/13/2011 03:08 PM | MOTION CONTINUANCE | HIGH, SAMUEL SCOTT | |
| Entry: | DEF | | |
| Images | WEB | | |
| | | | |
| 06/14/2011 01:52 PM | PAYMENT RECEIVED | | |
| Entry: | *none.* | | |
| Images | No Images | | |
| | | | |
| 07/12/2011 08:21 AM | ORDER ON MTN CONTINUE | | |
| Entry: | ORDER FOR CONTINUANCE CV.5.2011.859 | | |
| Images | CV.5.2011.859 | | |
| | | | |
| 07/13/2011 01:00 AM | TRIAL ACKNOWLEDGED | HARGIS, JOEL GRANT | |
| Entry: | REPORT/STATUS ACKNOWLEDGED BY JOEL HARGIS ON JULY 12, 2011 | | |
| Images | WEB | | |
| | | | |
| 07/19/2011 03:43 PM | LETTER TO COURT | CRUZ, KATHY A | |
| Entry: | JULY 13, 2011 RE: ACKNOWLEDGMENT OF STATUS HEARING TO: SHANNON ROBINSON FROM: JIMMIE L. GREEN PARALEGAL TO KATHY A CRUZ | | |
| Images | WEB | | |

| 07/29/2011<br>11:50 AM | JUDGE NOTE | | |
|---|---|---|---|
| **Entry:** | Kathy Cruz appears for pltf and Sammy High appears for dft in this foreclosure case. They report that negotiations are underway and that they need a status conference in three months. They will check with LaShannon Robinson for status conference date. | | |
| **Images** | No Images | | |

| 08/18/2011<br>08:39 AM | LETTER TO COURT | HIGH, SAMUEL SCOTT | |
|---|---|---|---|
| **Entry:** | AUGUST 1, 2011 RE: THIRTY MINUTE HEARING TO: SHANNON ROBINSON FROM: SAMMY HIGH | | |
| **Images** | WEB | | |

| 08/19/2011<br>03:48 PM | TRIAL ACKNOWLEDGED | HIGH, SAMUEL SCOTT | |
|---|---|---|---|
| **Entry:** | REPORT/STATUS NOVEMBER 4, 2011 AT 9AM ACKNOWLEDGED BY SAMUEL HIGH | | |
| **Images** | WEB | | |

| 08/24/2011<br>11:00 AM | TRIAL ACKNOWLEDGED | HARGIS, JOEL GRANT | |
|---|---|---|---|
| **Entry:** | REPORT/STATUS NOVEMBER 4, 2011 AT 9AM ACKNOWLEDGED BY JOEL HARGIS ON AUGUST 23, 2011 | | |
| **Images** | WEB | | |

| 11/04/2011<br>09:09 AM | JUDGE NOTE | | |
|---|---|---|---|
| **Entry:** | Joel Hargis, Kathy Cruz, and Sammy High appear for the parties to report on status. Good faith negotiations have not resulted in settlement. Bench trial is requested. Counsel believe that 1 day will be enough. Trial set for Friday, January 27, 2012, 9 a.m. Motion cutoff is Monday, Dec. 27, 2011. Parties to inform Court nlt Friday, Jan. 6, 2012 whether pretrial is needed. | | |
| **Images** | No Images | | |

| 12/29/2011 04:09 PM | MOTION DISMISS | REECE, GARY LEE | |
|---|---|---|---|
| **Entry:** | MOTION TO DISMISS WITHOUT PREJUDICE | | |
| **Images** | WEB | | |

| 01/09/2012 01:28 PM | JUDGMENT-DISMISS W/O PREJUDICE | WOODS, SHERRI | |
|---|---|---|---|
| **Entry:** | ORDER OF DISMISSAL WITHOUT PREJUDICE CV.5.2012.43 | | |
| **Images** | CV.5.2012.43 | | |

| 01/09/2012 01:28 PM | MOD DISMISS W/O PREJUDICE | WOODS, SHERRI | |
|---|---|---|---|
| **Entry:** | TRIAL TYPE: N | | |
| **Images** | No Images | | |

| 01/18/2012 11:16 AM | AMENDED COMPLAINT | REECE, GARY LEE | |
|---|---|---|---|
| **Entry:** | FIRST AMENDED CLASS ACTION COMPLAINT | | |
| **Images** | WEB | | |

| 01/18/2012 11:16 AM | ENTRY OF APPEARANCE | REECE, GARY LEE | |
|---|---|---|---|
| **Entry:** | NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS | | |
| **Images** | WEB | | |

| 01/20/2012 03:56 PM | MOTION OTHER | THE BANK OF NEW YORK, MELLON AS TRUSTEE FOR CITI MORTAGE, | |
|---|---|---|---|
| **Entry:** | MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE FOR A CONTINUANCE | | |
| **Images** | WEB | | |

| 01/20/2012 03:56 PM | BRIEF IN SUPPORT | THE BANK OF NEW YORK, MELLON AS TRUSTEE FOR | |
|---|---|---|---|

|  |  | CITI MORTAGE, |  |
|---|---|---|---|
| **Entry:** | DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE FOR A CONTINUANCE |  |  |
| **Images** | WEB |  |  |
|  |  |  |  |
| 01/31/2012 08:56 AM | ORDER ON MTN CONTINUE | REECE, GARY LEE |  |
| **Entry:** | ORDER FOR CONTINUANCE CV.5.2012.112 |  |  |
| **Images** | CV.5.2012.112 |  |  |
|  |  |  |  |
| 01/31/2012 12:07 PM | LETTER TO COURT | HIGH, SAMUEL SCOTT |  |
| **Entry:** | JANUARY 24, 2012 RE: PROPOSED ORDER OF CONTINUANCE TO: JUDGE GRIFFEN FROM: SAMMY HIGH |  |  |
| **Images** | WEB |  |  |
|  |  |  |  |
| 02/08/2012 01:30 PM | TRIAL ACKNOWLEDGED | TURNER, TODD MARTIN |  |
| **Entry:** | TRIAL MAY 11, 2012 AT 10AM ACKNOWLEDGED BY TODD MARTIN TURNER ON 01/30/12 |  |  |
| **Images** | No Images |  |  |
|  |  |  |  |

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

**5TH DIVISION**

GARY REECE OR SHERRI WOODS
AND/OR OCCUPANTS OF
1015 NORTH MISSISSIPPI
LITTLE ROCK, AR 72207                                    PLAINTIFFS

**60CV 2010 5926**

VS.                              CASE NO:

THE BANK OF NEW YORK, MELLON
AS TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1                                        DEFENDANTS

FILED 10/15/10 14:46:12
Pat O'Brien Pulaski Circuit Clerk
VH

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER

WHEREAS, the Plaintiff, Gary Reece, by and through his attorney, Kathy A. Cruz,

the Cruz Law Firm, P.L.C., and for his Complaint for Temporary Restraining Order

against the Defendant, states:

1. This Court has both jurisdiction over the parties and subject matter, and venue

is proper in this County.

2. Plaintiff was informed by letter, dated August 25, 2010, that his property,

located at 1015 North Mississippi, Little Rock, Arkansas 72207, was going to be sold at

public auction on October 19, 2010 at 3:30 p.m..

3. Plaintiff has been in negotiations with Vericrest for a substantial period of

time to get a correct statement of the current amounts due. Plaintiff has previously sent

the amounts demanded by Vericrest, only to have those checks returned with demands

for additional amounts. Plaintiff has yet to be able to determine what amount would be

necessary to satisfy Vericrest.

4. Plaintiff respectfully request that this Complaint be granted so that he is

allowed to stay in the home until he is able to come before this Court and have his case

heard.

60CV-10-5926    601-60100009161-039
GARY REECE ET AL V THE BANK    4 Pages
PULASKI CO         10/15/2010 02:45 PM
CIRCUIT COURT                    CC05$

5. Plaintiff also has stated in his Affidavit that the moving party, represented by Wilson and Associates P.L.L.C., is unknown to the Plaintiff, and that the Plaintiff believes that the moving party has no legal right or capacity to proceed, as no moving party named is in privity of contract with the Plaintiff. Therefore, there is a necessary party missing from the action under Arkansas Code Annotated 18-50-101 et. seq.

6. The Plaintiff will suffer irreparable harm if the Court does not grant his Complaint. The Plaintiff will be put out on the street, and the Plaintiff will lose all his equity in a home that he thought was his, but is now being sold by strangers. No damage will result to the Defendants, as upon information and belief, the Defendants are not in privity of contract with the Plaintiff, and have no capacity or power to act under Arkansas Code Annotated 18-50-101 et.seq.

7. The Plaintiff will likely succeed in having the sale cancelled until all proper parties are joined and are in privity of contract with the Plaintiff.

8. The public interest in allowing the Plaintiff the ability to come before the Court to save his home weighs heavily in favor of the entry of a Temporary Restraining Order in favor of the Plaintiff.

WHEREFORE, Plaintiff requests his Complaint for Temporary Restraining Order be granted, allowing the Plaintiff to remain at his residence of 1015 North Mississippi, Little Rock, Arkansas 72207, until a hearing before the Court can be scheduled, and for all other relief to which he is entitled.

Respectfully submitted,
GARY REECE, Plaintiff

By: _____
Kathy A. Cruz

2

Arkansas Bar ID No. 87079
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901
501-624-3600 (telephone)
501-624-1150 (facsimile)
kathy@cruzlaw.com
Board Certified in Consumer Bankruptcy
Law by the American Board of Certification

~~Multiple~~ **claims. If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.**

# COVER SHEET
## STATE OF ARKANSAS
### CIRCUIT COURT: CIVIL

To Save a copy of this form to your computer, please click the disk icon on the toolbar above.

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

**FILING INFORMATION**

County: Pulaski

District: 6

Docket Number: CV 60CV-10-5926

Judge: Sanders

Division: 5

Filing Date: 10/15/2010

Plaintiff: Gary Reece

Defendant: The Bank of New York Mellon as Trustee for CIT Mortgage Loan Trust 2007-1

Attorney Providing Information: Kathy A. Cruz

☑ Plaintiff  ☐ Defendant  ☐ Intervenor

1325 Central Ave., Hot Springs, AR 71901

Address

Litigant, if Pro Se: _____

Related Case(s): Judge_____

Address _____
Case Number(s) _____

**Type of Case:**

*Torts*
- ☐ (NM) Negligence: Motor Vehicle
- ☐ (NO) Negligence: Other
- ☐ (BF) Bad Faith
- ☐ (FR) Fraud
- ☐ (MP) Malpractice
- ☐ (PL) Product Liability
- ☐ (OD) Other _____

*Contracts*
- ☐ (IS) Insurance
- ☐ (DO) Debt: Open Account
- ☐ (PN) Debt: Promissory Note
- ☐ (EM) Employment
- ☐ (OC) Other _____

*Equity*
- ☑ (FC) Foreclosure
- ☐ (QT) Quiet Title
- ☐ (IJ) Injunction
- ☐ (PT) Partition
- ☐ (OT) Other _____

*Miscellaneous*
- ☐ (CD) Condemnation
- ☐ (RE) Replevin
- ☐ (DJ) Declaratory Judgment
- ☐ (UD) Unlawful Detainer
- ☐ (IN) Incorporation
- ☐ (EL) Election
- ☐ (FJ) Foreign Judgment
- ☐ (WT) Writs_____
- ☐ (AA) Administrative Appeal
- ☐ (CF) Property Forfeiture
- ☐ (RD) Remove Disabilities
- ☐ (NC) Name Change
- ☐ (OM) Other _____

**Jury Trial Requested:** ☐ Yes ☐ No

**Manner of Filing:** ☐ Original ☐ Re-open ☐ Transfer
☐ Return from Federal/Bankruptcy Court

**DISPOSITION INFORMATION**

Disposition Date: _____  ☐ Bench Trial    ☐ Non-Trial  ☐ Jury Trial

**Judgment Type:**
- ☐ (DJ) Default Judgment
- ☐ (SJ) Summary Judgment
- ☐ (CJ) Consent Judgment
- ☐ (TJ) Trial Judgment
- ☐ (OJ) Other Judgment
- ☐ (PG) Petition Granted
- ☐ (PD) Petition Denied
- ☐ (DF) Decree of Foreclosure

**Dismissal Type:**
- ☐ (DW) Dismissed with Prejudice
- ☐ (DN) Dismissed without Prejudice

**Other:**
- ☐ (TR) Transferred to Another Jurisdiction
- ☐ (RB) Removed to Bankruptcy Court
- ☐ (RF) Removed to Federal Court
- ☐ (AR) Arbitration

**Judgment For:**
☐ Plaintiff  ☐ Defendant  ☐ Both    Judgment Amount: $ _____

Clerk's Signature _____    Date _____

AOC 23  10-01
825 Marshall Street
Little Rock, AR 72201

Send 1 paper or electronic copy to AOC upon filing.
Send 1 paper or electronic copy to AOC upon disposition.
Keep original in court file.

**Effective 1-1-2002**

CV. S. 2010. 965

60CV-10-5926       601-60100009420-005
GARY REECE ET AL V THE BANK 2 Pages
PULASKI CO          10/18/2010 04:40 PM
CIRCUIT COURT                    ORB0

**CV.5.2010.965**

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION
## 5TH DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

FILED 10/18/10 16:40:26
Pat O'Brien Pulaski Circuit Clerk
D18

**PLAINTIFFS**

VS.                    **60 CV 2010 5926**
CASE NO.

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                    **DEFENDANTS**

### ORDER FOR TEMPORARY RESTRAINING ORDER

Comes on this day, the Plaintiff, Gary Reece, to be heard on his Complaint for

Temporary Restraining Order, supported by Affidavit, for consideration, from which the

Court, DOES FIND:

1. The Plaintiff is a resident of Pulaski County, Arkansas. Thus, this Court has

jurisdiction over the subject matter and parties to this action, and venue is proper in this

County. The Defendants are corporations doing business in Arkansas.

2. The Plaintiff occupies the residence located at 1015 North Mississippi, Little

Rock, Arkansas 72207, and was notified on August 25, 2010, by Wilson and Associates,

P.L.L.C., that his property was going to be sold at public auction on October 19, 2010 at

3:30 p.m..

3. Plaintiff swears under Affidavit that he has no knowledge of contracting with

any named Defendant or borrowing any money from any named Defendant, and that he

has no knowledge that any named Defendant currently holds a mortgage on his

property.

4. Plaintiff states that he has been in contact with Defendants, and despite his

best efforts, Defendants have refused to cancel the sale scheduled for October 19, 2010.

5. The Court now finds that the Plaintiff will be denied his opportunity to come before the Court and be heard if his property is sold on October 19, 2010.

6. The Court finds that the Plaintiff will suffer irreparable harm if the Court does not grant his Temporary Restraining Order, because Plaintiff will be put out on the street and lose any equity in his home by parties the Plaintiff alleges have no interest in the property located at 1015 North Mississippi, Little Rock, Arkansas 72207.

7. The Plaintiff would likely succeed in having any sale set aside for lack of privity of contract and capacity to sell of the Defendants. Therefore, the public interest in allowing the Plaintiff the ability to come before the Court to save his home he now occupies weighs heavily in favor of the entry of a Temporary Restraining Order in favor of the Plaintiff.

THEREFORE, the Plaintiff's request for a Temporary Restraining Order is hereby granted, and the Defendants are temporarily enjoined from conducting a sale of the Plaintiff's property located at 1015 North Mississippi, Little Rock, Arkansas 72207, until further orders of this Court.

IT IS SO ORDERED.

Circuit Judge

Entered: ___10|15|10___

Respectfully submitted,
Gary Reece
1015 North Mississippi
Little Rock, AR 72207

2



**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

GARY REECE OR SHERRI WOODS
AND/OR OCCUPANTS OF
1015 NORTH MISSISSIPPI
LITTLE ROCK, AR 72207                                           **PLAINTIFFS**

VS.                              **CASE NO: 60CV 2010 5926**

FILED 11/16/10 16:02:28
Pat O'Brien Pulaski Circuit Clerk
CR2

THE BANK OF NEW YORK, MELLON
AS TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1                                              **DEFENDANTS**

## ANSWER TO PLAINTIFF'S COMPLAINT FOR
## TEMPORARY RESTRAINING ORDER

     COMES NOW Defendant, The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1, by and through its attorney Samuel High/Wilson & Associates, P.L.L.C., and for its Answer to Plaintiffs' Complaint for Temporary Restraining Order, states as follows:

    1.    Defendant admits the allegations in Paragraph 1 of Plaintiffs' Complaint.

    2.    Defendant admits the allegations in Paragraph 2 of Plaintiffs' Complaint.

    3.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the entirety of the last allegation set forth in Paragraph 3 of Plaintiffs' Complaint and, therefore, denies the same.  Defendant denies the remaining allegations in Paragraph 3.

    4.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the entirety of the allegations set forth in Paragraph 4 of Plaintiffs' Complaint and, therefore, denies the same.

    5.    Defendant denies the allegations in Paragraph 5 of Plaintiffs' Complaint.

    6.    Defendant denies the allegations in Paragraph 6 of Plaintiffs' Complaint.

    7.    Defendant denies the allegations in Paragraph 7 of Plaintiffs' Complaint.



601-6010061104040-002
60CV-10-5926
GARY REECE ET AL V THE BANK  3 Pages
PULASKI CO        11/16/2010 04:02 PM
CIRCUIT COURT            AF10

8.      Defendant denies the allegations in Paragraph 8 of Plaintiffs' Complaint.

9.      Defendant generally and specifically denies any and all allegations in Plaintiff's Complaint not specifically admitted to herein.

10.     Defendant reserves the right to amend this Answer and to plead further by way of counter-claim, cross-claim, third party claim, or otherwise.

11.     Defendant reserves the right to affirmatively plead or assert further defenses and/or objections that may be applicable pursuant to Rule(s) 8 and/or 12 (specifically *Ark. R. Civ. P. 12(b)*) of the Arkansas Rules of Civil Procedure, or other applicable law.

12.     At this time, reserving the right to plead further, Defendant pleads the following affirmative defenses: estoppel; failure of consideration; failure to state sufficient facts upon which relief can be granted; insufficiency of process; insufficiency of service of process; failure to comply with *Ark. R. Civ. P. 10(d)*; and failure to meet the requirements of *Ark. R. Civ. P. 65*.

13.     Defendant affirmatively asserts that Plaintiffs were and are in default under the terms of the mortgage in question because they failed to make the required payments, resulting in the commencement of a statutory foreclosure pursuant to *A.C.A. § 18-50-101, et seq.*

14.     Pleading in the affirmative, Defendant respectfully submits that if the injunction is allowed to stand until further proceedings may be had, Plaintiffs should be required to remit their present monthly mortgage payment (of approximately $1,178.03) into the Registry of the Court, in lieu of a bond.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed and that the Plaintiffs take nothing; in the alternative, that Plaintiffs be required to remit their monthly mortgage payment into the registry of the Court while any injunction remains pending; that all elements of the Plaintiff's prayer for relief be denied; for the right to plead further; for its costs and attorney's fees; and for all other just and proper relief to which it is entitled.

Respectfully Submitted,

_____
Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile

Attorney for The Bank of New York, Mellon as
Trustee for Cit Mortgage Loan Trust 2007-1

## CERTIFICATE OF SERVICE

On this 16th day of _November_ 2010, a true copy of the foregoing was served via
United States Mail, with sufficient postage thereon to ensure delivery, upon:

Kathy Cruz
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901

_____
Sammy High

HON. ERNEST SANDERS, JR – 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Samuel Scott High**
1521 Merrill Dr Ste 220d
Little Rock, AR 72211

## Case# 60CV-10-5926
GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

---

November 23, 2010

The above-referenced case has been set for **OTHER HEARING** on December 9, 2010 at 08:30 AM in the Circuit Court Of Pulaski County, Courtroom 410,  5th Division.

It is the responsibility of the parties/attorneys to notify this office of any parties/attorneys who have been inadvertently omitted from this notice.

*Ernest Sanders Jr.*

cc:  Kathy Cruz

Receipt is acknowledged of the above notice this _____ day of
_____, 20 _10_ .

Signature _____

Please sign and return a copy to:

Shannon Robinson, Trial Court Assistant
HON. ERNEST SANDERS, JR – 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

60CV-10-5926    601-60100012196-003
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO           11/23/2010 08:39 AM
CIRCUIT COURT                        FID58



# Wilson & Associates, P.L.L.C.
**Attorneys at Law – Tennessee & Arkansas**

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
Fax 501-219-9458
Internet: www.wilson-assoc.com

November 30, 2010

James Bergstrom**
Holly Bishop**
Randall S. Baeter+
Kimberly D. Barnette
Aaron Caldwell
Mary Robin Casteel
Kimberly S. Cook**
Kristin Cordell
Ted Cummins**
Deanna Dorrough
Leslie Fryzell
Joel W. Giddens**
Travis Gray
Michael Hathorn*
Rick Helms**
Samuel High+
Jay Kendall**
Jonathon Luedloff
Jason S. Mangrum**
Angela Martin
H. Keith Morrison+
Robert H. Moss**
Maria Neumann
Christopher L. Palmer+
Blake Pennington
Adam Perdue
J. Skipper Ray+
John Roan**
J.P. Sellers
Linda Schneider+
Matthew R. Smith
Aaron Squyres+
Annamary Thompson
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Lane Wolfenbarger**

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee
   and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

Ms. Shannon Robinson
Pulaski County Trial Court Assistant
5th Division
410 Courthouse, 401 W. Markham St.
Little Rock,  AR  72201

RE:     Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
        Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010 5926

Dear Shannon:

      I am in receipt of the Notice of Hearing for December 9, 2010.  Enclosed is my signed acknowledgement of the same.  I understand that opposing counsel has a conflict on this date and will be filing a Motion for Continuance.  Please allow this letter to confirm that I have no objection.  For purposes of resetting the hearing, I am unavailable on the following dates:   December 10, 13, 16, 29; and January 12, 13, 18, 19; and February 1, 14, 15, and 16.  If you should need additional conflict dates, please let me know.

      I am copying Ms. Cruz on this letter so that she may also provide the court with conflict dates.  If you have any questions, or should need any additional information, please feel free to contact me at anytime.  Thank you very much for your time.

Sincerely,

WILSON & ASSOCIATES, PLLC

Sammy High

efm

cc:     Kathy Cruz (via mail and facsimile)



# Wilson & Associates, P.L.L.C.
**Attorneys at Law – Tennessee & Arkansas**

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
fax 501-219-9458
Internet: www.wilson-assoc.com

November 16, 2010

60CV-10-5926   601-60100011530-004
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO        11/24/2010 01:50 PM
CIRCUIT COURT                    F174

James Bergstrom**
Holly Bishop**
Randall S. Bueter+
Kimberly D. Burnette
Aaron Caldwell
Mary Robin Casteel
Kimberly S. Cook**
Kristin Cordell
Ted Cummins**
Deanna Dorrough
Leslie Fryxell
Joel W. Giddens**
Travis Gray
Michael Hathorn*
Rick Helms**
Samuel High+
Jay Kendall**
Jonathon Luedloff
Jason S. Mangrum**
Angela Martin
H. Keith Morrison+
Robert H. Moss**
Maria Neumann
Christopher L. Palmer+
Blake Pennington
Adam Perdue
J. Skipper Ray+
John Roan**
J.P. Sellers
Linda Schneider+
Matthew R. Smith
Aaron Squyres+
Annamary Thompson
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Lane Wolfenbarger**

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee
   and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

Ms. LaTonya Hall
Pulaski County Trial Court Assistant
5th Division
410 Courthosue, 401 W. Markham St.
Little Rock, AR 72201

RE:   Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
       Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010-5926

FILED 11/24/10 13:52:58
Pat O'Brien Pulaski Circuit Clerk
D18

Dear Ms. Hall:

On October 18, 2010, the Court entered an Ex Parte Temporary Restraining Order in the above matter. I have filed an Answer on behalf of the Defendant, and pursuant to Rule 65, the purpose of this letter is to request an expedited hearing on the Ex Parte Order. This hearing should require no more than 30 minutes of the Court's time.

I am unavailable on the following dates: November 19, 23; December 2, 3, 6, 10, 13, 16 and 29. I am copying opposing counsel on this letter so that she can coordinate her schedule with that of the Court.

As always, I appreciate your time and assistance, and if you should need any additional conflict dates, please feel free to contact me at anytime.

Sincerely,

WILSON & ASSOCIATES, PLLC

Sammy High

efm

cc:   Kathy Cruz

Dec 9th @ 8:30

HON. ERNEST SANDERS, JR - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Kathy A Cruz**
Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

FILED 12/02/10 16:33:26
Pat O'Brien Pulaski Circuit Clerk
D13

60CV-10-5926          601-60100011794-005
GARY REECE ET AL V THE BANK   2 Pages
PULASKI CO              12/02/2010 04:33 PM
CIRCUIT COURT                    FID58

**Case# 60CV-10-5926**
GARY REECE ET AL V THE BANK OF NEW YORK

**OTHER HEARING**

November 23, 2010

The above-referenced case has been set for **OTHER HEARING** on December
9, 2010 at 08:30 AM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

*Ernest Sanders jr.*

cc:  Sammy High

Receipt is acknowledged of the above notice this _____**29th** day of
_____**November**____, 20 **10** .

*Kathy h. cruz*
Signature

Please sign and return a copy to:

Shannon Robinson, Trial Court Assistant
HON. ERNEST SANDERS, JR - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.



# THE
# CRUZ LAW FIRM
## KATHY A. CRUZ

Arkansas' ONLY Board Certified Attorney in Consumer Bankruptcy Law
501/624-3600 * 888/NIP-DEBT (647-3328)
www.cruzlaw.com * 1325 Central Avenue * Hot Springs, AR 71901
fax 501/624-1150 email kathy@cruzlaw.com

November 30, 2010

Ms. Shannon Robinson
401 West Markham, Rm. 410
Little Rock, AR 72201

Re:   Gary Reece Et. Al. vs. The Bank of New York
      Pulaski Circuit No.: 60CV-10-5926

Dear Ms. Robinson:

Enclosed herein, please find the signed acknowledgment of hearing regarding the above referenced matter.  I have forwarded same to Mr. Samuel High.

Please be advised I have a conflict on December 9, 2010 and am filing a Motion for Continuance.

Thank you for your cooperation in this matter.

Sincerely,

*Wendy McClendon*

Wendy McClendon
Secretary for Kathy A. Cruz

Enclosure



Kathy A. Cruz, Attorney, Board Certified in Consumer Bankruptcy Law by the American Board of Certification. The Cruz Law Firm has been designated a Debt Relief Agency pursuant to Title 11 of the US Code as passed by Congress and signed into law by the President on April 20, 2005, and has been proudly serving Arkansas consumers for over 18 years, and is currently the only board certified consumer bankruptcy lawyer in Arkansas.





# THE
# CRUZ LAW FIRM
## KATHY A. CRUZ

**Arkansas' ONLY Board Certified Attorney in Consumer Bankruptcy Law**
501/624-3600 * 888/NIP-DEBT (647-3328)
www.cruzlaw.com * 1325 Central Avenue * Hot Springs, AR 71901
fax 501/624-1150 email kathy@cruzlaw.com

December 8, 2010

Ms. Shannon Robinson
401 West Markham, Rm. 410
Little Rock, AR 72201

| | |
| --- | --- |
| 60CV-10-5926 | 601-60100020109-010 |
| GARY REECE ET AL V THE BANK | 2 Pages |
| PULASKI CO | 12/06/2010 10:12 AM |
| CIRCUIT COURT | FID58 |

Re:   Gary Reece Et. Al. vs. The Bank of New York
      Pulaski Circuit No.: 60CV-10-5926

Dear Ms. Robinson:

Enclosed herein, please find the signed acknowledgment of hearing regarding the above
referenced matter. I have forwarded same to Mr. Samuel High.

Thank you for your cooperation in this matter.

Sincerely,

Wendy McClendon
Secretary for Kathy A. Cruz

Enclosure



Kathy A. Cruz, Attorney, Board Certified in Consumer Bankruptcy Law by the American Board of
Certification. The Cruz Law Firm has been designated a Debt Relief Agency pursuant to Title 11
of the US Code as passed by Congress and signed into law by the President on April 20, 2005,
and has been proudly serving Arkansas consumers for over 18 years, and is currently the only
board certified consumer bankruptcy lawyer in Arkansas.

HON. ERNEST SANDERS, JR - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Kathy A  Cruz**
Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

## Case# 60CV-10-5926

GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

---

December 6, 2010

The above-referenced case has been set for **OTHER HEARING** on February
22, 2011 at 10:30 AM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

_Ernest Sanders Jr._

cc:   Samuel High

Receipt is acknowledged of the above notice this   _7__  day of
_December___, 20_10_.

_Kelly Haley_
Signature

Please sign and return a copy to:

Shannon Robinson, Trial Court Assistant
HON. ERNEST SANDERS, JR - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.



# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## DIVISION V

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

FILED 12/09/10 11:29:44
Pat O'Brien Pulaski Circuit Clerk
**DI PLAINTIFFS**

**VS.**                                   **CASE NO: CV-2010-5926**

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                              **DEFENDANTS**

## MOTION FOR CONTINUANCE

Comes now the Plaintiff, Gary Reece, by and through his attorney, Kathy A. Cruz,

the Cruz Law Firm, P.L.C., and for his Motion for Continuance, states as follows:

1. A hearing is currently set for Thursday, December 9, 2010, at 8:30 a.m. in the

above-referenced matter.

2. Counsel for the Plaintiff, Gary Reece, also has several previously scheduled

hearings in Bankruptcy Court, in Hot Springs on Thursday, December 9, 2010.

4. Counsel for the Plaintiff has contacted Defendant's counsel, Mr. Samuel High,

who has no objection to this Motion for Continuance being granted by the Court.

WHEREFORE, the Plaintiff, Gary Reece,  prays that the hearing set for December

9, 2010, be continued to allow the Plaintiff's counsel to attend her previously scheduled

Bankruptcy Court hearings, and for all other relief to which he may be entitled.

Respectfully submitted,
Gary Reece, Plaintiff

By: _____
Kathy A. Cruz
Arkansas Bar ID No. 87079
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901

60CV-10-5926      601-60100012240-015
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO        12/09/2010 11:29 AM
CIRCUIT COURT                    MN60

501-624-3600 (telephone)
501-624-1150 (facsimile)
kathy@cruzlaw.com
Board Certified in Consumer Bankruptcy
Law by the American Board of Certification

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of the above pleading has been sent via facsimile, on this 30th day of November, 2010 to:

Mr. Samuel High  Facsimile: 501-219-9458

Kathy A. Cruz

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## DIVISION V

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

FILED 12/09/10 11:28:58
Pat O'Brien Pulaski Circuit Clerk
D18

**PLAINTIFFS**

**VS.**                         **CASE NO: 60CV-2010-5926**

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                         **DEFENDANTS**

### ORDER OF CONTINUANCE

On this date, this matter came before the Court on the Plaintiff, Gary Reece's,

Motion for Continuance. The Court, being well and sufficiently advised in the premise,

DOES FIND:

1. This Court has both jurisdiction of the parties and the subject matter of this

action, and venue is proper in this Court.

2. For the reasons set forth in the Plaintiff's Motion for Continuance, a

continuance should be and is hereby granted in the above-referenced matter.

3. This matter is hereby reset for hearing on _February 22, 2010_ at

_10:30 am_

IT IS SO ORDERED.

60CV-10-5926     601-60100012226-008
GARY REECE ET AL V THE BANK 0 1 Page
PULASKI CO     12/09/2010 11:29 AM
CIRCUIT COURT     0R77T

Distribution:
Kathy A. Cruz
Plaintiff's Attorney
1325 Central Av.
Hot Springs, AR 71901

Ernest Sanders, Jr. Circuit Judge

Entered: _12/3/10_

Mr. Samuel High
Wilson & Associates, PLLC
1521 Merrill Dr., Ste. D-220
Little Rock, AR 72211



IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
DIVISION V

FILED 02/17/11 11:04:16
Larry Crane Pulaski Circuit Clerk
F6

GARY REECE OR SHERRI WOODS
AND/OR OCCUPANTS OF
1015 NORTH MISSISSIPPI
LITTLE ROCK, AR 72207                                    **PLAINTIFFS**

**VS.**                          **CASE NO: 60CV-2010-5926**

THE BANK OF NEW YORK, MELLON
AS TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1                                        **DEFENDANTS**

### ENTRY OF APPEARANCE

The undersigned attorney, Joel Hargis, Crawley, DeLoache & Hargis, PLLC, hereby

enters his appearance as attorney for the Plaintiffs, Gary Reece and Sherri Woods, in the

above-referenced matter.

Witness my hand and seal this __17th__ day of February 2011.

By: _____
Joel Hargis

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this __17th__ day of February, 2011,
duly served a true and correct copy of the foregoing upon the following person by U.S. Mail,
postage prepaid, at the following address:

Mr. Samuel High
Wilson & Associates, PLLC
1521 Merrill Dr., Ste. D-220
Little Rock, AR 72211

_____
Joel Hargis

60CV-10-5926    601-60100022900-011
GARY REECE ET AL V THE BANK  3 Pages
PULASKI CO      02/17/2011 11:04 AM
CIRCUIT COURT                   FI60

**CRAWLEY, DELOACHE & HARGIS, PLLC**
ATTORNEYS AT LAW
www.crawleydeloache.com

Michael E. Crawley, Jr.          G. Michael DeLoache                    Joel G. Hargis

533 West Washington Ave
Jonesboro, AR 72401
Telephone (870) 972-1127
Fax (870) 972-1787

February 17, 2011

**VIA FACSIMILE and US Mail: 501-340-8420**

Pulaski County Circuit Clerk
401 W. Markham St., Room 120
Little Rock, AR 72201

RE:     Gary Reece or Sherri Woods and/or Occupants of 1015 North Mississippi Little
        Rock, AR 72207 vs. The Bank of New York, Mellon as Trustee for CIT
        Mortgage Loan Trust 2007-1
        Pulaski County Circuit Court Case No. 60CV-2010-5926

Dear Circuit Clerk:

        Enclosed please find the original Entry of Appearance to be filed in the above
mentioned case. Please file-mark and return via facsimile to 870-972-1787. If you
have any questions, please feel free to contact me at 870-972-1127.

Thank you in advance.

Sincerely,

Joel G. Hargis

JGH/ss

cc:  Mr. Samuel High

Enclosures

**CRAWLEY, DELOACHE & HARGIS, PLLC**
ATTORNEYS AT LAW
www.crawleydeloache.com

Michael E. Crawley, Jr.          G. Michael DeLoache                    Joel G. Hargis

533 West Washington Ave
Jonesboro, AR 72401
Telephone (870) 972-1127
Fax (870) 972-1787

**Fax Cover Sheet**

FROM:      Stephanie

TO:        Pulaski County Circuit Clerk

DATE:      February 17, 2011

FAX:       501-340-8420

RE:        Reece v. The Bank of New York
           Case No. 60CV-2010-5926

Number of pages including cover sheet: 3

The information contained in this facsimile transmission is confidential information intended for the sole use of the addressee. If the reader of this facsimile transmission is not the intended recipient, to the employee or agent responsible fro delivering to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the person listed above and return this facsimile message in the original form received by you to the sender at the address above. Thank you.

Message:

PLEASE TELEPHONE IF THIS FASCIMILE IS RECEIVED IN ERROR, IS INCOMPLETE OR ILLEGIBLE. THANK YOU.



## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### DIVISION V

**GARY REECE OR SHERRI WOODS
AND/OR OCCUPANTS OF
1015 NORTH MISSISSIPPI
LITTLE ROCK, AR 72207**

FILED 02/23/11 15:24:07
Larry Crane Pulaski Circuit Clerk
CM

**PLAINTIFFS**

**VS.**                                        **CASE NO: 60CV-2010-5926** 5th

**THE BANK OF NEW YORK, MELLON
AS TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1**

**DEFENDANTS**

### ENTRY OF APPEARANCE

The undersigned attorney, Joel Hargis, Crawley, DeLoache & Hargis, PLLC, hereby

enters his appearance as attorney for the Plaintiffs, Gary Reece and Sherri Woods, in the

above-referenced matter.

Witness my hand and seal this __17th__ day of February 2011.

By: _____
Joel Hargis

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this __17th__ day of February, 2011,
duly served a true and correct copy of the foregoing upon the following person by U.S. Mail,
postage prepaid, at the following address:

Mr. Samuel High
Wilson & Associates, PLLC
1521 Merrill Dr., Ste. D-220
Little Rock, AR 72211

_____
Joel Hargis

60CV-10-5926     601-60100023033-034
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO        02/23/2011 03:24 PM
CIRCUIT COURT                    FI60

## CRAWLEY, DELOACHE & HARGIS, PLLC
ATTORNEYS AT LAW
www.crawleydeloache.com

Michael E. Crawley, Jr.          G. Michael DeLoache          Joel G. Hargis

533 West Washington Ave
Jonesboro, AR 72401
Telephone (870) 972-1127
Fax (870) 972-1787

February 17, 2011

**VIA FACSIMILE and US Mail:  501-340-8420**

Pulaski County Circuit Clerk
401 W. Markham St., Room 120
Little Rock, AR 72201

RE:     Gary Reece or Sherri Woods and/or Occupants of 1015 North Mississippi Little
        Rock, AR 72207 vs. The Bank of New York, Mellon as Trustee for CIT
        Mortgage Loan Trust 2007-1
        Pulaski County Circuit Court Case No. 60CV-2010-5926

Dear Circuit Clerk:

        Enclosed please find the original Entry of Appearance to be filed in the above
mentioned case. Please file-mark and return via facsimile to 870-972-1787. If you
have any questions, please feel free to contact me at 870-972-1127.

Thank you in advance.

Sincerely,

Joel G. Hargis

JGH/ss

cc:  Mr. Samuel High

Enclosures

CV.5.2011.178

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
FIFTH DIVISION

GARY REECE                                              PLAINTIFF

                                                FILED 02/25/11 16:18:56
v.                    Case No. CV 2010-5926     Larry Crane Pulaski Circuit Clerk
                                                CR01   DLS

THE BANK OF NEW YORK                                    DEFENDANT

## ORDER

        Now, on this, the 25TH day of February, 2011, the Court
having examined party pleadings and other matters presented,
finds that:

1. When a Circuit Court holds a hearing for a temporary
   restraining order, the hearing is to determine whether the
   temporary restraining order should be dissolved or should
   ripen into what should be called a preliminary injunction.
   The Judge must make findings as to the irreparable harm and
   likelihood of success on the merits.  In deciding whether
   there are sufficient grounds for a permanent injunction the
   court should weigh 4 factors: A) irreparable harm; B)
   balance between such harm and the injury that granting the
   injunction will impose on the other party; C) likelihood of
   success on the merits; and 4) public interest..

2. On February 22, 2010, this Court held one such hearing.

3. This Court still questions whether the Defendant has
   demonstrated a substantial likelihood of prevailing on the
   merits of the case.

4. Notwithstanding this Court's reservations and in order to
   maintain the status quo, the temporary restraining order
   currently in place will be stayed contingent upon the
   Plaintiff making payments equal to mortgage payments under
   the contract between the parties.  These payments should be
   made to the registry of the Court in lieu of posting bond
   in accordance with Rule 65(d) of the Arkansas Rules of
   Civil Procedure.

5. A hearing shall be set by this Court within forty-five (45)
   days of the signing of this Order.  The hearing shall be
   held on the merits of the case and whether or not this

CV2010-5926
GARY REECE ET AL V THE BANK
PULASKI CO
CIRCUIT COURT
601-601000023171-011
2 Pages
02/25/2011 04:18 PM
OR80

Court should issue a permanent injunction pursuant to Rule 65 of the Arkansas Rules of Civil Procedure.

From the pleadings and other matters filed herein, the Court doth hereby <u>find</u>, <u>order</u>, and <u>direct</u> that the temporary restraining order entered on October 18, 2010 be stayed until the next hearing on the merits of this case and whether a permanent injunction should be granted.

**IT IS SO ORDERED.**

Wendell L. Griffen
Circuit Judge      2-25-11



HON. WENDELL GRIFFEN – 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Kathy A  Cruz**
Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

FILED 03/22/11 12:18:28
Larry Crane Pulaski Circuit Clerk

## Case# 60CV-10-5926

GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

March 15, 2011

The above-referenced case has been set for **OTHER HEARING** on April 21,
2011 at 10:00 AM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

cc:   Samuel High, Joel Hargis

Receipt is acknowledged of the above notice this _16th_ day of
_March_____ , 20_11_ .

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN – 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

60CV-10-5926      601-60100024349-003
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO      03/22/2011 12:18 PM
CIRCUIT COURT                FID5B



## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

**PLAINTIFFS**

**VS.**                    **CASE NO: 60CV 2010 5926**

FILED 03/29/11 12:29:46
Larry Crane Pulaski Circuit Clerk
CR01

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**

**DEFENDANTS**

### MOTION FOR CONTINUANCE

COMES NOW Defendant, The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1, by and through its attorney Samuel High/Wilson & Associates, P.L.L.C., and for its Motion for Continuance, states as follows:

1. This matter is presently set for a hearing on April 21, 2011.

2. At this time, Counsel for Defendant is scheduled for a Bench Trial in the Circuit Court of Garland County, Arkansas, in the following case: RTR Properties, LLC v. Charles D. Cannon, et al., Case No. CV 2010-561 IV.

3. Defendant hereby respectfully requests that this matter be continued until a later date.

4. Defendant's Motion for Continuance is not made for the purpose of unnecessary delay, and neither party would be prejudice by the granting of a continuance.

5. Counsel for Defendant has discussed this matter with Plaintiffs' Counsel, and Plaintiffs do not object to a continuance.

60CV-10-5926    601-60100024575-006
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO        03/29/2011 12:29 PM
CIRCUIT COURT                    MN60

WHEREFORE, Defendant prays that this Motion for Continuance be granted; and for all other just and proper relief to which it is entitled.

Respectfully Submitted,

Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile

Attorney for The Bank of New York, Mellon as
Trustee for Cit Mortgage Loan Trust 2007-1

## CERTIFICATE OF SERVICE

On this 29 day of March _____ 2011, a true copy of the foregoing was served via United States Mail, with sufficient postage thereon to ensure delivery, upon:

Kathy A. Cruz
The Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

Joel Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401

Sammy High



# Wilson & Associates, P.L.L.C.
**Attorneys at Law – Tennessee & Arkansas**

March 17, 2011

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
fax 501-219-9458
Internet: www.wilson-assoc.com

John Barney**
James Bergstrom**
Holly Bishop*
Angela Boyd
Randall S. Baxter+
Kimberly D. Burnette
Aaron Caldwell
Mary Robin Casteel
Kimberly S. Cook**
Kristin Cordell
Ted Cazanine**
Deanna Dorrough
Leslie Fryzell
Joel W. Giddens**
Travis Gray
Michael Hathorn*
Rick Helms**
Samuel High+
Jay Kendall**
Jonathan Luedloff
Angela Martin
H. Keith Morrison+
Robert H. Moss**
Christopher L. Palmer+
Adam Perdue
J. Skipper Ray+
John Ruan**
J.P. Sellers
Linda Schneider+
Aaron Squyres+
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.+±
Jennifer Wilson-Harvey+
Maria Yoder

+Admitted in Arkansas and Tennessee
±Admitted in Arkansas, Tennessee
    and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

Ms. Shannon Robinson
Pulaski County Trial Court Assistant
5th Division
410 Courthouse, 401 W. Markham St.
Little Rock, AR 72201

RE:   Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
      Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010 5926

Dear Shannon:

Enclosed please find my acknowledgment of receipt of the hearing setting notice. At this time, I have a conflict on that date. Specifically, I am set for a bench trial in the following case, in the Circuit Court of Garland County: RTR Properties, LLC v. Cannon, (CV 2010-561 IV). I can file a formal Motion if that is necessary; however, if the Court is willing to reset this matter at this time, I have conflicts on the following dates: April 20, 22; May 5, 12 and 20; June 8-10 and 13. Otherwise, I am available.

I am copying counsel on this matter, so that they can communicate with the Court as it relates to any potential conflict dates. If you should need anything further, please let me know. As always, I thank you for your time and assistance.

Sincerely,

WILSON & ASSOCIATES, PLLC

Sammy High

efm

cc:   Kathy Cruz
      Joel Hargis

6/15 @ 10:30am

HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Samuel Scott High**
1521 Merrill Dr Ste 220d
Little Rock, AR 72211

## Case# 60CV-10-5926

GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

March 15, 2011

The above-referenced case has been set for **OTHER HEARING** on April 21, 2011 at 10:00 AM in the Circuit Court Of Pulaski County, Courtroom 410,  5th Division.

It is the responsibility of the parties/attorneys to notify this office of any parties/attorneys who have been inadvertently omitted from this notice.

cc:   Kathy Cruz, Joel Hargis

Receipt is acknowledged of the above notice this _16th_ day of
_March_ , 20 _11_ .

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.



HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Joel Grant  Hargis**
533w Washington Ave
Jonesboro, AR 72401

FILED 03/29/11 14:51:09
Larry Crane Pulaski Circuit Clerk
Clerk KU

## Case# 60CV-10-5926

GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

March 15, 2011

The above-referenced case has been set for **OTHER HEARING** on April 21,
2011 at 10:00 AM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

cc:   Kathy Cruz, Samuel High

Receipt is acknowledged of the above notice this 17th day of
March                 , 20 11 .

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

60CV-10-5926    601-60100024714-018
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO     03/29/2011 02:51 PM
CIRCUIT COURT              FID58



## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### 5ᵗʰ CIVIL DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**                                    **PLAINTIFFS**

**VS.**                    **CASE NO: 60CV 2010 5926**

                                                 FILED 06/13/11 15:08:18
**THE BANK OF NEW YORK, MELLON**                    Larry Crane Pulaski Circuit Clerk
**AS TRUSTEE FOR CIT MORTGAGE**                    CR02
**LOAN TRUST 2007-1**                                    **DEFENDANTS**

### MOTION FOR CONTINUANCE

COMES NOW Defendant, The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1, by and through its attorney Samuel High/Wilson & Associates, P.L.L.C., and for its Motion for Continuance, by way of agreement between the parties, states as follows:

1.      This matter is presently set for a hearing on June 15, 2011, at 10:30 a.m., on the merits of this case and whether this Court should issue a permanent injunction pursuant to Rule 65 of the Arkansas Rules of Civil Procedure.

2.      Counsels have conferred, and are presently in the process of good faith settlement negotiations. Given the nature of this action, the parties, while not conceding or abandoning any arguments before this Court at this time, agree that a continuance is in the best interest of all involved.

3.      Defendant, after conferring with Plaintiffs' attorneys, hereby respectfully requests that this matter be continued until a later date. All parties are in agreement with regard to this request.

4.      This Motion for Continuance is not made for the purpose of unnecessary delay, and neither party would be prejudice by the granting of a continuance.

5.      All parties agree that a continuance is warranted.

60CV-10-5926      601-60100027625-013
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO      06/13/2011 03:08 PM
CIRCUIT COURT      MN60

WHEREFORE, Defendant prays that this Motion for Continuance be granted; and for all other just and proper relief to which it is entitled.

Respectfully Submitted,

Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile
shigh@wilson-assoc.com

Attorney for The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1

## CERTIFICATE OF SERVICE

On this 13th day of June 2011, a true copy of the foregoing was served via United States Mail and electronic mail, with sufficient postage thereon to ensure delivery, upon:

Kathy A. Cruz
The Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901
kathycruzlaw@gmail.com
(501) 624-3600 (telephone)
(501) 624-1150 (facsimile)

Joel Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401
(870)972-1127 (telephone)
(870) 972-1787 (facsimile)
joel@crawleydeloache.com

Sammy High



HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Joel Grant Hargis**
533 W. Washington Ave
Jonesboro, AR 72401

60CV-10-5926      601-60100025236-028
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO       04/13/2011 11:47 AM
CIRCUIT COURT                 FID58

FILED 04/13/11 11:47:56
Larry Crane Pulaski Circuit Clerk
Clerk KU

## Case# 60CV-10-5926
GARY REECE ET AL V THE BANK OF NEW YORK

## OTHER HEARING

March 31, 2011

The above-referenced case has been set for **OTHER HEARING** on June 15,
2011 at 10:30 AM in the Circuit Court Of Pulaski County, Courtroom
410, 5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

cc:  Sammy High, Kathy Cruz

Receipt is acknowledged of the above notice this ___ day of
_____, 20__.

_____
Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

Received
In office on

APR 12 2011

Fifth Division
Circuit Court

CV.5.2011.859

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**                                                    **PLAINTIFFS**

**VS.**                              **CASE NO: 60CV 2010 5926**

                                                          FILED 07/12/11 08:21:25
                                                          Larry Crane Pulaski Circuit Clerk
**THE BANK OF NEW YORK, MELLON**              F6
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                                                      **DEFENDANTS**

### ORDER FOR CONTINUANCE

COMES NOW this matter before the Court on Defendant's Motion for Continuance. The Court being apprised of all issues relevant to this matter, doth hereby CONSIDER, ORDER and ADJUDGE as follows:

1.     This matter is presently set for a hearing on June 15, 2011, at 10:30 a.m., on the merits of this case and whether this Court should issue a permanent injunction pursuant to Rule 65 of the Arkansas Rules of Civil Procedure.

2.     Pursuant to the reasons set forth in Defendant's Motion, with all parties being in agreement, and for good cause shown, Defendant's Motion is hereby granted, and this matter shall be removed from the Court's June 15, 2011 docket.

2.     This matter is hereby continued until a later date, upon request by the parties, if necessary. In the alternative, this matter is continued until the ____ day of _____, 2011, at _____ a.m./p.m., or as soon thereafter as it may be heard.

**IT IS SO ORDERED.**

60CV-10-5926        601-60100028904-016
GARY REECE ET AL V THE BANK  3 Pages
PULASKI CO          07/12/2011 08:21 AM
CIRCUIT COURT                      OR77T

_____
Honorable Wendell L. Griffin

_____
Date

Prepared by:

_____
Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile
shigh@wilson-assoc.com



# Wilson & Associates, P.L.L.C.
Attorneys at Law – Tennessee & Arkansas

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
fax 501-219-9458
Internet: www.wilson-assoc.com

John Barney**
James Bergstrom**
Holly Bishop**
Angela Boyd
Randall S. Bueter+
Kimberly D. Burnette
Mary Robin Casteel
Kimberly S. Cook**
Kristin Cordell
Ted Cummins**
Deanna Dorrough
Leslie Fryxell
Joel W. Giddens**
Michael Hathorn*
Rick Helms**
Samuel High+
Kadee Kelley
Jay Kendall**
Jonathan Luedloff
Angela Martin
H. Keith Morrison+
Robert H. Moss**
Daniel Osborne
Christopher L. Palmer+
Adam Perdue
J. Skipper Ray+
John Roan**
J.P. Sellers
Linda Schneider+
Aaron Squyres+
Robin Sullivan
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Maria Yoder

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee
  and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

June 13, 2011

Honorable Wendell L. Griffin
Pulaski County Circuit Judge
5th Division
410 Courthouse, 401 W. Markham St.
Little Rock, AR 72201
**Via hand delivery**

RE:   Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
      Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010 5926

Dear Judge Griffin:

Enclosed please find a file-marked copy of a Motion for Continuance in the above cause. Please also find a proposed, precedent Order. As noted in the Motion, the parties are in settlement negotiations, and we are all in agreement that this matter should be continued at this time. I am copying Mr. Hargis and Ms. Cruz via US Mail, and I have already sent a copy of this letter to counsels via email. We have also conferred via telephone and email, and after conferring with our respective clients, we are all in agreement. **If this Order meets with your approval, than I ask that you please execute the same, forwarding it to the Clerk for filing.**

While we ask that the Court remove this matter until the parties request a new date, we do not object to a specific setting, if you prefer it to be handled in that manner. I have worked with both of my colleagues in the past, and I can speak for them in terms of their willingness to cooperate in all respects. Each of us respects this Court's desire to keep matters on track, and we will all work with the Court in any way, in order to facilitate any future re-scheduling, if it becomes necessary. If you should need anything from the counsels involved in this case, please let us know.

Thank you very much for your time and consideration.

Sincerely,

WILSON & ASSOCIATES, PLLC

Sammy High

efm/encl.

cc:   Kathy Cruz (1325 Central Avenue, Hot Springs, AR 71901)
      kathycruzlaw@gmail.com
      Joel Hargis (533 W. Washington, Jonesboro, AR 72401)
      joel@crawleydeloache.com

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**                                            **PLAINTIFFS**

**VS.**                      **CASE NO: 60CV 2010 5926**    FILED 04/26/11 08:13:01
                                                            Larry Crane Pulaski Circuit Clerk
                                                            Clerk KU
**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                                               **DEFENDANTS**

## ORDER FOR CONTINUANCE

COMES NOW this matter before the Court on Defendant's Motion for Continuance. The Court being apprised of all issues relevant to this matter, doth hereby CONSIDER, ORDER and ADJUDGE as follows:

1.    This matter is presently set for a hearing on April 21, 2011. Pursuant to the reasons set forth in Defendant's Motion, and for good cause shown, Defendant's Motion is hereby granted, and this matter shall be removed from the Court's April 21, 2011 docket.

2.    This matter is hereby continued until the 15th day of June, 2011, at 10:30 a.m./p.m., or as soon thereafter as it may be heard.

IT IS SO ORDERED.


Honorable Wendell L. Griffin

3-31-11
Date

60CV-10-5926    601-60100025727-011
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO      04/26/2011 08:13 AM
CIRCUIT COURT              OR77T

Prepared by:

_____
Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile

Attorney for The Bank of New York, Mellon as
Trustee for Cit Mortgage Loan Trust 2007-1

HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Joel Grant Hargis**
533w Washington Ave
Jonesboro, AR 72401

60CV-10-5926    601-60100030667-023
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO           08/24/2011 11:00 AM
CIRCUIT COURT                    FID58

## Case# 60CV-10-5926
GARY REECE ET AL V THE BANK OF NEW YORK

## REPORT/STATUS

August 17, 2011

The above-referenced case has been set for **REPORT/STATUS** on November 4, 2011 at 09:00 AM in the Circuit Court Of Pulaski County, Courtroom 410, 5th Division.

It is the responsibility of the parties/attorneys to notify this office of any parties/attorneys who have been inadvertently omitted from this notice.

cc:    Kathy Cruz, Sammy High

Receipt is acknowledged of the above notice this _23rd_ day of
_August_____, 20_11_ .

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

Received
in office on

AUG 24 2011

Fifth Division
Circuit Court

Received
in office on

AUG 25 2011

Fifth Division
Circuit Court

HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Joel Grant  Hargis**
533w Washington Ave
Jonesboro, AR 72401

60CV-10-5926      601-60100028956-003
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO        07/13/2011 01:00 AM
CIRCUIT COURT                     FID58

## Case# 60CV-10-5926
GARY REECE ET AL V THE BANK OF NEW YORK

## REPORT/STATUS

July 8, 2011

The above-referenced case has been set for **REPORT/STATUS** on July 29,
2011 at 01:30 PM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

cc:  Cruz, High

Receipt is acknowledged of the above notice this 12th day of
July , 2010 .
Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

**Received
in office on**

**JUL 13 2011**

**Fifth Division
Circuit Court**



# THE CRUZ LAW FIRM

## KATHY A. CRUZ

Arkansas' ONLY Board Certified Attorney in Consumer Bankruptcy Law
501/624-3600 * 888/NIP-DEBT (647-3328)
www.cruzlaw.com * 1325 Central Avenue * Hot Springs, AR 71901
fax 501/624-1150 email kathy@cruzlaw.com

July 13, 2011

FILED 07/19/11 15:43:42
Larry Crane Pulaski Circuit Clerk
F6

Ms. Lashannon Robinson
Trial Court Assistant to the Hon. Wendell Griffen
Pulaski County Circuit Court, 5th Div., 6th Circuit
401 West Markham, Room 410
Little Rock, AR 72207

60CV-10-5926     601-60100829080-027
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO        07/19/2011 03:43 PM
CIRCUIT COURT                    FI74

Re:    Gary Reece v. the Bank of New York, Et. Al.
         Pulaski Circuit No. 60CV-2010-5926
         5th Division, 6th Circuit

Dear Ms. Robinson:

I am enclosing the acknowledged Notice of status hearing with regard to the above-referenced case.

Sincerely,

Jimmie Green

Jimmie L. Green,
Paralegal to Kathy A. Cruz

/jlg
Enclosure



Kathy A. Cruz, Attorney, Board Certified in Consumer Bankruptcy Law by the American Board of Certification. The Cruz Law Firm has been designated a Debt Relief Agency pursuant to Title 11 of the US Code as passed by Congress and signed into law by the President on April 20, 2005, and has been proudly serving Arkansas consumers for over 19 years, and is currently the only board certified consumer bankruptcy lawyer in Arkansas.

HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Kathy A  Cruz**
Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

—

## Case# 60CV-10-5926

GARY REECE ET AL V THE BANK OF NEW YORK

## REPORT/STATUS

July 8, 2011

The above-referenced case has been set for **REPORT/STATUS** on July 29,
2011 at 11:00 AM in the Circuit Court Of Pulaski County, Courtroom
410,  5th Division.

It is the responsibility of the parties/attorneys to notify this
office of any parties/attorneys who have been inadvertently omitted
from this notice.

cc:  Hargis, High

Receipt is acknowledged of the above notice this __11th__ day of
__July__, 20 _11_.

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.



# Wilson & Associates, P.L.L.C.
**Attorneys at Law – Tennessee & Arkansas**

August 1, 2011

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
fax 501-219-9458
Internet: www.wilson-assoc.com

John Barney**
James Bergstrom**
Holly Bishop**
Angela Boyd
Randall S. Baxter+
Kimberly D. Burnette
Mary Robin Casteel
Kimberly S. Cook**
Kristin Cordell
Ted Cummins**
Deanna Dorrough
Leslie Fryzell
Joel W. Giddens**
Michael Hathorn*
Rick Helms**
Samuel High+
Kadee Kelley
Jay Kendall**
Jonathan Luedloff
Angela Martin
H. Keith Morrison+
Robert H. Messz**
Daniel Osborne+
Christopher L. Palmer+
Adam Perdue
J. Skipper Ray+
John Roan**
J.P. Sellers
Linda Schneider+
Aaron Squyres+
Robin Sullivan
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Maria Yoder

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee
    and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

60CV-10-5926    601-60100030422-003
GARY REECE ET AL V THE BANK 0 1 Page
PULASKI CO        08/18/2011 08:39 AM
CIRCUIT COURT                    F174

Ms. Shannon Robinson
Pulaski County Trial Court Assistant
5th Division
410 Courthouse, 401 W. Markham St.
Little Rock, AR 72201

FILED 08/18/11 08:39:52
Larry Crane Pulaski Circuit Clerk
CR3

RE:    Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
       Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010 5926

Dear Shannon:

       Judge Griffen asked that counsels get with you on setting this matter for
a thirty minute status hearing in November. I am unavailable on the following
dates in November: November 21-25; and November 28.

       I am copying opposing counsels on this letter, so that they may also
communicate any conflict dates.

       Thank you for your time, and please let me know if you should need any
additional information.

                                Sincerely,

                                WILSON & ASSOCIATES, PLLC

                                Sammy High

efm

cc:    Kathy Cruz (1325 Central Avenue, Hot Springs, AR 71901)
       Joel Hargis (533 W. Washington, Jonesboro, AR 72401)

11/4
9am

HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Phone: (501) 340 8550

**Samuel Scott High**
1521 Merrill Dr., Ste D220
Little Rock, AR 72211

60CV-10-5926    601-60100030595-002
GARY REECE ET AL V THE BANK O 1 Page
PULASKI CO       08/19/2011 03:48 PM
CIRCUIT COURT                   F1D58

---

## Case# 60CV-10-5926
GARY REECE ET AL V THE BANK OF NEW YORK

## REPORT/STATUS

---

August 17, 2011

The above-referenced case has been set for **REPORT/STATUS** on November 4, 2011 at 09:00 AM in the Circuit Court Of Pulaski County, Courtroom 410,  5th Division.

It is the responsibility of the parties/attorneys to notify this office of any parties/attorneys who have been inadvertently omitted from this notice.

cc:  Kathy Cruz, Joel Hargis

Receipt is acknowledged of the above notice this _19th_ day of ___August___ , 20_11_ .

Signature

Please sign and return a copy to:
Trial Court Assistant
HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 410
LITTLE ROCK, AR 72201
Thank you.

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
FIFTH DIVISION, SIXTH CIRCUIT

GARY REECE OR SHERRI WOODS
AND/OR OCCUPANTS OF
1015 NORTH MISSISSIPPI
LITTLE ROCK, AR 72207                                              **PLAINTIFFS**

VS.                    CASE NO: 60CV-2010-5926

THE BANK OF NEW YORK, MELLON                   FILED 12/29/11 16:09:17
AS TRUSTEE FOR CIT MORTGAGE                     ~~DEFENDANTS~~ Pulaski Circuit Clerk
LOAN TRUST 2007-1                               CR01

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now, separate Plaintiff, Sherri Woods, by and through her attorneys, Kathy

A. Cruz, the Cruz Law Firm, PLC, and Joel Hargis, Crawley, DeLoache & Hargis, PLLC, and

for her Motion to Dismiss Without Prejudice states as follows:

1.    I am a separate Plaintiff in the above-styled and foregoing action.

2.    I now desire to dismiss, without prejudice, any and all of my claims against

Defendants, The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1

in this action.

WHEREFORE, separate Plaintiff, Sherri Woods, prays that she be dismissed from

any claims against Defendants, The Bank of New York Mellon, as Trustee for CIT Mortgage

Loan Trust 2007-1 in this action, without prejudice.

Respectfully Submitted,
Sherri Woods, Separate Defendant

By: _Kathy A. Cruz_____

Kathy A. Cruz,
Arkansas Bar ID No. 87079
tHE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901
501-624-3600 (telephone)

60CV-10-5926        601-60100036262-003
GARY REECE ET AL V THE BANK   4 Pages
PULASKI CO      12/29/2011 04:09 PM
CIRCUIT COURT              MN80

501-624-1150 (facsimile)
kathycruzlaw@gmail.com
Board Certified in Consumer
Bankruptcy Law by the American
Board of Certification

By: _____
Joel G. Hargis
Arkansas Bar #2004007
Crawley, DeLoache & Hargis, PLLC
533 West Washington
Jonesboro, AR 72401
(870) 972-1127 (PH)
(870) 972-1787 (FX)
joel@crawleydeloache.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 29ᵗʰ day of December, 2011, duly served a true and correct copy of the foregoing upon the following person by U.S. Mail, postage prepaid, at the following address:

Mr. Samuel High
Wilson & Associates, PLLC
1521 Merrill Dr., Ste. D-220
Little Rock, AR 72211

_____
Kathy A. Cruz



## THE
# CRUZ LAW FIRM

### KATHY A. CRUZ

Arkansas' ONLY Board Certified Attorney in Consumer Bankruptcy Law
501/624-3600 * 888/NIP-DEBT (647-3328)
www.cruzlaw.com * 1325 Central Avenue * Hot Springs, AR 71901
fax 501/624-1150 email kathy@cruzlaw.com

December 29, 2011

*via facsimile no: 501-340-8420*

Mr. Larry Crane
Pulaski County Circuit Clerk, Civil Div.
Pulaski County Circuit Courthouse
401 West Markham, Room 120
Little Rock, AR 72201

     Re:    Gary Reece, et al. v. the Bank of New York, et. al.
             Pulaski Circuit No.: 60CV-2010-5926
             5th Division, 6th Circuit

Dear Mr. Crane:

    Please find attached for filing separate Plaintiff, Sherri Woods' Motion to Dismiss Without Prejudice.  By copy of this letter, I am providing a copy of the Motion to Defendants' counsel.

    If you should have any questions, please do not hesitate to call.

                        Sincerely,

                        Jimmie Green
                        Paralegal to Kathy A. Cruz

\jlg
Attachments

cc:    Sammuel High (via fax w/encl.)
        Lashannon Robinson (via fax w/encl.)



Kathy A. Cruz, Attorney, Board Certified in Consumer Bankruptcy Law by the American Board of Certification. The Cruz Law Firm has been designated a Debt Relief Agency pursuant to Title 11 of the US Code as passed by Congress and signed into law by the President on April 20, 2005, and has been proudly serving Arkansas consumers for over 18 years, and is currently the only board certified consumer bankruptcy lawyer in Arkansas.



# THE
# CRUZ LAW FIRM
## KATHY A. CRUZ

**Arkansas' ONLY Board Certified Attorney in Consumer Bankruptcy Law**
501/624-3600 * 888/NIP-DEBT (647-3328)
www.cruzlaw.com * 1325 Central Avenue * Hot Springs, AR 71901
fax 501/624-1150 email kathy@cruzlaw.com

| | |
|---|---|
| ***From:*** | ***Kathy A. Cruz, Attorney at Law (by: Jimmie Green)*** |
| ***To:*** | ***Mr. Larry Crane, Pulaski County Circuit Clerk, Civil Division*** |
| ***Attn:*** | ***Eric, Central Receiving*** |
| ***Re:*** | ***Gary Reece, et al. v. the Bank of New York, et al.*** |
| | ***Pulaski County Circuit No.: 60CV-2010-5926*** |
| | ***5th Division, 6th Circuit*** |
| ***Date:*** | ***December 29, 2011*** |
| ***Pages:*** | 4 (includes cover sheet)        ***Fax to:  501-340-8420*** |

*Note: Confidential and Privileged*

**Comments:**
Eric:

Please file-mark the attached Motion to Dismiss Without Prejudice.  Please fax back to me at the number above the file-marked page of the Motion.

Thank you for your assistance with this matter.  If you should have any questions, please do not hesitate to call.

Thank you,

Jimmie Green
Paralegal to Kathy A. Cruz



Kathy A. Cruz, Attorney, Board Certified in Consumer Bankruptcy Law by the American Board of Certification. The Cruz Law Firm has been designated a Debt Relief Agency pursuant to Title 11 of the US Code as passed by Congress and signed into law by the President on April 20, 2005, and has been proudly serving Arkansas consumers for over 18 years, and is currently the only board certified consumer bankruptcy lawyer in Arkansas.

CV.5.2012.43

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FIFTH DIVISION, SIXTH CIRCUIT

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

FILED 01/09/12 13:28:42
Larry Crane Pulaski Circuit Clerk

**PLAINTIFFS**

**VS.**                    **CASE NO: 60CV-2010-5926**

**THE BANK OF NEW YORK MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                    **DEFENDANTS**

## ORDER OF DISMISSAL

On this date, this matter came before the Court, the separate Plaintiff, Sherri Woods' Motion to Dismiss Without Prejudice. The Court, being well and sufficiently advised in the premise, DOES FIND:

1.  This Court has both jurisdiction of the parties and the subject matter of this action, and venue is proper in this Court.

2.  For the reasons set forth in the separate Plaintiff, Sherri Woods' Motion to Dismiss Without Prejudice should be and is hereby granted in the above-referenced matter.

IT IS SO ORDERED.

WENDELL GRIFFEN, Circuit Judge

Entered: _1-9-12_

Distribution:

Kathy A. Cruz
Attorney for Plaintiffs

Joel G. Hargis
Attorney for Plaintiffs

Samuel High
Attorney for Defendants

60CV-10-5926     601-60100036673-006
GARY REECE ET AL V THE BANK 0 1 Page
PULASKI CO      01/09/2012 01:28 PM
CIRCUIT COURT                    JU30

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## 5TH DIVISION

GARY REECE, for himself and all other
Arkansas residents similarly situated,

FILED 01/18/12 11:16:25
Larry Crane Pulaski Circuit Clerk       **PLAINTIFF**
CR3

VS.                              CASE NO. 60CV-2010-5926

THE BANK OF NEW YORK, MELLON
AS TRUSTEE FOR CIT MORTGAGE LOAN
TRUST 2007-1                                          **DEFENDANT**

60CV-10-5926        601-60100037068-010
GARY REECE ET AL V THE BANK 12 Pages
PULASKI CO        01/18/2012 11:16 AM
CIRCUIT COURT                    FI40

**FIRST AMENDED CLASS ACTION COMPLAINT**

Comes now Plaintiff Gary Reece ("Plaintiff") by and through his attorneys and for his

First Amended Class Action Complaint against The Bank of New York, Mellon ("BNY Mellon"

or "Defendant"), and states:

### NATURE OF THE CLASS ACTION

1.      Plaintiff brings this class action complaint on his own behalf and as a

representative of a class of Arkansas residents who were subject to non-judicial foreclosure

proceedings initiated by BNY Mellon within the State of Arkansas in the past five years

(hereafter, the "Class").

2.      By foreclosing on homes when not being authorized to do business in Arkansas,

BNY Mellon has engaged in unconscionable and unfair business practices in violation of the

Arkansas Deceptive Trade Practices Act ("ADTPA").

3.      Indeed, BNY Mellon has initiated non-judicial foreclosure proceedings under the

Arkansas Statutory Foreclosure Act of 1987 (hereafter, the "SFA") against hundreds, if not

thousands, of Arkansas residents throughout the state during the past five years, without meeting the strict statutory requirement that it be authorized to do business in the State of Arkansas.

4.      On April 14, 2003, the Arkansas legislature found that foreign entities not authorized to do business in the State of Arkansas were availing themselves to the provisions of the SFA, and often times to the detriment of Arkansas citizens.  As such, our legislature passed a bill, which became Arkansas law, requiring all foreign entities to be authorized to do business in the State of Arkansas before being able to use the SFA.

5.      BNY Mellon, however, is not and has never been authorized to do business in the State of Arkansas as required by the SFA.  In fact, it does not have a registered agent in the State of Arkansas and has not filed the proper paperwork with the Arkansas Secretary of State's Office to lawfully do business in Arkansas.   As such, BNY Mellon has not strictly complied with the provisions of the SFA as required by Arkansas law, and thus, has violated the ADTPA due to its unfair and unconscionable business practices.

**PARTIES**

6.      Plaintiff Gary Reece is a resident of Little Rock, Pulaski County, Arkansas.

7.      Defendant Bank of New York, Mellon conducts non-judicial foreclosures within this District and the State of Arkansas, and has its principle business offices are at One Wall Street, New York, New York.

**JURISDICTION and VENUE**

8.      This Court has subject matter jurisdiction over this action.

9.      This Court has personal jurisdiction over Defendant, because Defendant engages in business within this County and the State of Arkansas, and derives a substantial part of its revenue from within this County.

**Page 2 of 12**

10.     Venue is proper in this Court because this County is where a substantial part of the events or omissions giving rise to the claim arose.  Plaintiffs are also residents of Pulaski County.

## FACTUAL ALLEGATIONS

11.     The SFA is codified at Ark. Code Ann. § 18-50-101 *et. seq.*  It was enacted by the Arkansas General Assembly in order to "provide an *efficient* and *fair* procedure for the liquidation of defaulted mortgage loans to the benefit of both the homeowner and the mortgage lender." (Emphasis added) (Acts 1987 No. 53, § 19: Feb. 18, 1987; Emergency Clause).

12.     The SFA contains requirements that must be strictly met in order for a mortgagee to avail itself of the remedies provided in Ark. Code Ann. § 18-50-101 *et. seq.*

13.     Ark. Code. Ann. § 18-50-116 and 117 require that any entity employing the SFA to foreclose on property in Arkansas must be a "mortgagee or beneficiary [who] is a mortgage company as defined in § 18-50-101 or is a bank or savings and loan" and that it be "authorized to do business in this state."

14.     Pursuant to Ark. Code Ann. § 18-50-101(1) and (6), a beneficiary is "a person named or otherwise designated in a deed of trust as the person for whose benefit a deed of trust is given or his successor in interest," and a mortgage is "the person holding an interest in real property as security for the performance of an obligation or his or her attorney-in-fact appointed pursuant to this chapter."

15.     Pursuant to Ark. Code Ann. § 18-50-117 and the Emergency Clause of Acts 2003, No. 1303, § 3: Apr. 14, 2003, the General Assembly found that, "foreign entities not authorized to do business in the State of Arkansas are availing themselves to provisions of the Statutory Foreclosure Act of 1987 that often times it is to the detriment of Arkansas citizens; and that this

act is immediately necessary because these entities should be authorized to do business in the State of Arkansas before being able to use the Statutory Foreclosure Act of 1987."

16.    The SFA, under Ark. Code Ann. § 18-50-116(d)(2)(A)(B)(ii), provides that nothing in this chapter shall be construed to impair the right of any person or entity to assert his or her legal and equitable rights in a court of competent jurisdiction.

17.    If the mortgagor fails to raise his or her legal or equitable rights in a court of competent jurisdiction before the sale of the property, then the mortgagor will waive such right or defense to the sale. However, the General Assembly added specific protections provided to the mortgagor to protect his property interests should the mortgagee or trustee fail to properly execute a foreclosure sale pursuant to Ark. Code Ann. § 18-50-101, *et seq.*

18.    Ark. Code Ann. § 18-50-116 provides for the waiver of any defenses that the mortgagor could have raised prior to the foreclosure sale, save for the assertion of the following claims:

> (i) Fraud; or (ii) Failure to ***strictly comply*** with the provisions of this chapter, including without limitation subsection (c) of this section.
>
> Ark. Code Ann. § 18-50-116(d)(2)(b)(I). (emphasis added)

19.    Since the SFA abrogates the common law and allows for the taking of property without judicial oversight, the Arkansas Supreme Court, when considering the SFA, held that, "[a]ny statute which is in derogation of or at variance with the common law must be strictly construed." *Henson v Fleet Mortg. Co.*, 319 Ark. 491, 497 (Ark. 1995).

20.    Ark. Code. Ann. § 18-50-102 precludes a person from serving as a trustee of a deed of trust under the SFA except for: licensed Arkansas attorneys ((a)(1)); banks or savings and loans authorized to do business under the laws of Arkansas or the United States

((1)(2)); their affiliates or out-of-state banks authorized to do business under the laws of Arkansas or the United States ((a)(3)); or an agency or authority of the state ((a)(4)).

21.     Ark. Code. Ann. § 18-50-116 specifically states that only banks, mortgage companies, and savings and loans can avail themselves of the procedures afforded by the SFA while Ark. Code. Ann. § 18-50-117 requires that the entity be authorized to do business in this state.

22.     As a result of Act 1303 of 2003, the SFA mandates that "no person, firm, company, association, fiduciary or partnership, either domestic or foreign," shall be entitled to enjoy the right to Arkansas' non-judicial foreclosure procedures unless they are authorized to do business in Arkansas.

23.     At no time during the Class Period, as defined below, was Defendant authorized to conduct non-judicial foreclosures in Arkansas under the provisions of SFA as alleged above.

24.     Defendant availed itself to the SFA and initiated statutory foreclosure proceedings on Plaintiff's home within the State of Arkansas at a time it was not authorized to do business in the State of Arkansas.

25.     Defendant has availed itself to the SFA and non-judicially foreclosed on the Class Members' real estate within the State of Arkansas at times it was not authorized to do business in the State of Arkansas

26.     Defendant's non-judicial foreclosure proceedings on Plaintiff's and the Class Members' real estate property were unlawful, because they were done so in violation of the SFA as Plaintiff was not authorized to do business within the State of Arkansas.

27.     Defendant's failure to strictly comply with the requirements of the SFA in availing itself to the SFA and non-judicially foreclosing on Plaintiff's and the Class Members'

real estate property were unfair and unconscionable business practices in violation of the ADTPA.

## CLASS ACTION ALLEGATIONS

28.     Plaintiff hereby re-alleges and incorporates the foregoing Paragraphs, as if set forth herein, word for word.

29.     The Class is defined as follows:

All residents of the State of Arkansas who were subject to non-judicial foreclosure proceedings initiated by BNY Mellon within the State of Arkansas in the past five years immediately preceding the filing of the original class action complaint up to and through the date of judgment in this case.   Excluded from the Class are Defendant, its officers and directors, agents, and employees.

30.     The Class Period shall include the five years preceding the filing on this counterclaim up to and through entry of judgment in this action.

*Typicality/Ascertainability*

31.     Plaintiff's claims are typical of the transactions between the Defendant and all other Arkansans who have been subject to non-judicial foreclosure actions by Defendant when it did not have standing to bring such proceedings as described herein.

*Commonality*

32.     Plaintiff's claims raise issues of fact or law, which are common to the members of the putative class.  These common questions include, but are not limited to the following:

    a.   Whether Defendant is authorized to do business in the State of Arkansas;

    b.   If not, whether Defendant may avail itself to the foreclosure proceedings under the SFA within the State of Arkansas;

    c.   If not, whether Defendant's actions in failing to strictly comply with the provisions of the SFA by not being authorized to do business within the

State of Arkansas are unfair and unconscionable business practices in violation of the ADTPA;

33.     These issues are common among all putative class members and predominate over any issues affecting individual members of the putative class.

### Numerosity

34.     Defendant has conducted thousands of unlawful non-judicial foreclosures in Arkansas.

35.     The members of the class are so numerous and scattered throughout the State of Arkansas that joinder of all members is impracticable.

### Superiority

36.     A class action is superior to other available methods of relief for the fair and efficient adjudication of the claims raised herein.

37.     In the absence of class-action relief, the putative class members would be forced to prosecute thousands of similar claims in different jurisdictions and venues throughout the State of Arkansas, which would waste the judicial resources within the State, and with the risk of inconsistent outcomes.

38.     The prosecution of these claims as a class action will promote judicial economy.

39.     The claims raised herein are well suited for class-action relief.

40.     A class action would benefit both the Class and Defendant through a single resolution of similar or identical questions of law or fact.

### Adequacy

41.     Plaintiff is interested in the outcome of this litigation and understands the importance of adequately representing the class.

42.     Plaintiff will fairly and adequately protect the interests of the class sought to be certified in this case.

43.     Class counsel are experienced in class-action and complex consumer litigation and are qualified to adequately represent the class.

44.     This case fully satisfies the requirements of Rule 23 of the Arkansas Rules of Civil Procedure and should be certified as a class action.

**COUNT I**

**VIOLATIONS OF THE ARKANSAS
DECEPTIVE TRADE PRACTICES ACT**

45.     Plaintiff and the Class Members re-allege and incorporate by reference all previous paragraphs as if fully set forth herein.

46.     The ADTPA, Ark. Code Ann. § 4-88-101, *et seq.*, is designed to protect Arkansans from deceptive, unfair and unconscionable trade practices.  The ADTPA is a remedial statute, which is to be liberally construed.

47.     The practices employed by Defendant in initiating non-judicial foreclosure proceedings without being authorized to conduct business in Arkansas are unfair and unconscionable under the ADTPA, and thus, violate the provisions of the ADTPA.

48.     Defendant is engaged in "business, commerce, or trade," within the meaning of Ark. Code Ann. § 4-88-107(a)(10) and is a "person" within the meaning of Ark. Code Ann. § 4-88-102(5).

49.     Further, within the meaning of Ark. Code Ann. § 4-88-113(d) Defendant "directly or indirectly" controlled others who might be liable for violations of the ADTPA and "knew or should have known" of the violations of the ADTPA.

**Page 8 of 12**

50.    Defendant's violations of the ADTPA resulted in Plaintiff and the Class having their homes wrongfully foreclosed entitling them to actual damages pursuant to Ark. Code Ann. § 4-88-113(f).    Defendant is also liable for attorneys' fees, and enhanced penalties under the ADTPA.

## COUNT II

### UNJUST ENRICHMENT

51.    Plaintiff and the Class Members re-allege and incorporate by reference all previous paragraphs as if fully set forth herein.

52.    Defendant received from the Plaintiff and Class members certain monies and property as a result of Defendant's conduct listed above which are unreasonable and excessive, and the result of overreaching.

53.    As a result, Plaintiff and the Class have conferred a benefit on Defendant, and Defendant had knowledge of this benefit and have voluntarily accepted and retained the benefit conferred on it.

54.    Defendant will be unjustly enriched if they are allowed to retain such funds and property, and Plaintiff and each Class Member are entitled to such equitable relief as may be determined by the Court, in an amount equal to the amount Plaintiff and each Class Member enriched Defendant and for which Defendant has been unjustly enriched.

55.    Further, Plaintiff and the Class Members are entitled to equitable relief voiding all of Defendant's non-judicial foreclosures for them and the Class where Defendant failed to strictly comply with the provisions of the SFA.

## COUNT III

## SLANDER OF TITLE

56.     Plaintiff and the Class Members hereby re-alleges and incorporates the foregoing Paragraphs, as if set forth herein, word for word.

57.     By engaging in unauthorized actions under the SFA, Defendant has caused instruments to be filed of record in the offices of County Recorders of Arkansas, which adversely affect Plaintiff and Class Members' title and interest in their real property.

58.     Defendant has used instruments, filed of record, to exact money and property from Class Members.

59.     Defendant's actions violate Arkansas Code Annotated § 5-37-226.

60.     Plaintiff and each member of the Class are entitled to judgment for actual damages, treble damages, punitive damages and judgment for attorneys' fees and costs.

## JURY DEMAND

Plaintiff reserves the right to amend this pleading as allowed by the Arkansas Rules of Civil Procedure and hereby demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and the Class Members pray for the following relief:

a.      An order certifying the claims asserted herein as a class action;

b.      Awarding Plaintiff and the Class judgment on each of the claims asserted herein;

c.      Awarding Plaintiff and the Class their damages, treble damages, and punitive damages;

d.      Awarding Plaintiff and the Class their attorneys' fee and costs of this litigation;

e.      Awarding equitable relief on behalf of Plaintiff and the Class by invalidating all of Defendant's statutory foreclosures within the State of Arkansas during the Class Period related to them;

f.      Disgorging all sums unjustly received by and to which Defendant has been unjustly enriched and provide such sums to Plaintiff and the Class; and,

g.      Awarding Plaintiff and the Class all other damages, awards, and injunctive relief the Court finds to be proper and just.

Dated: January 18, 2012                        Respectfully Submitted,

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste 305
Little Rock, AR 72201

John G. Emerson (08012)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Phone: (281) 488-8854
Fax: (281) 488-8867

Joel Hargis
CRAWLEY DELOACHE & HARGISJOE
533 West Washington
Jonesboro, AR 72401

Kathy A. Cruz
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923

COUNSEL FOR PLAINTIFF
AND THE DEFINED CLASS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel on this 18th day of January 2012.

Samuel S. High
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211

Scott E. Poynter

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### 5TH DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 7207**

FILED 01/18/12 11:16:51
Larry Crane Pulaski Circuit Clerk
CR3

**PLAINTIFFS**

**VS.**                    **CASE NO.  60CV-2010-5926**

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE LOAN**
**TRUST 2007-1**                    **DEFENDANT**

---

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

---

          PLEASE take notice that the following attorneys have been retained by the Plaintiffs and

hereby enter their appearances on their behalves as follows:

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste 305
Little Rock, AR 72201

John G. Emerson (AR Bar No. 08012)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Phone:  (281) 488-8854
Fax:  (281) 488-8867

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
  TURNER, P.A.

60CV-10-5926     601-60100037068-011
GARY REECE ET AL V THE BANK  3 Pages
PULASKI CO        01/18/2012 11:16 AM
CIRCUIT COURT                   FI60

501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923


Dated: January 18, 2012                    Respectfully Submitted,

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste 305
Little Rock, AR 72201

John G. Emerson (AR Bar No. 08012)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Phone:  (281) 488-8854
Fax:  (281) 488-8867

Joel Hargis
CRAWLEY DELOACHE & HARGISJOE
533 West Washington
Jonesboro, AR 72401

Kathy A. Cruz
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923

**COUNSEL FOR PLAINTIFF
AND THE DEFINED CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel on this 18th day of January 2011.

Samuel S. High
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211

Scott E. Poynter

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**5th DIVISION**

FILED 01/20/12 15:56:05
Larry Crane Pulaski Circuit Clerk
CR01

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**                                                              **PLAINTIFFS**

VS.                                    **CASE NO: 60CV 2010 5926**

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                                                          **DEFENDANTS**

## MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE FOR A CONTINUANCE

COMES NOW Defendant, The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1, by and through its attorney Samuel High/Wilson & Associates, P.L.L.C., and for its Motion to Strike Plaintiff's Amended Complaint or in the Alternative for a Continuance, pursuant to Rule 15 of the Arkansas Rules of Civil Procedure, states as follows:

1.       On November 4, 2011, this matter was set for trial, by agreement of the parties.

2.       On said date, a bench trial was set, at the request of Plaintiffs' counsel. Counsel for Defendant did not object to a bench trial.

3.       On November 4, 2011, in concert with the setting of this matter for trial, this Court set a Motion cutoff for Monday, December 27, 2011. The Court also stated that the parties were to advise the Court as to whether a pretrial was necessary, no later than January 6, 2012.

4.       On January 9, 2012, Separate Plaintiff Sheri Woods moved for voluntary dismissal of her claim, and an Order was entered granting the relief requested.

60CV-10-5926      601-60100037284-007
GARY REECE ET AL V THE BANK  4 Pages
PULASKI CO          01/20/2012 03:56 PM
CIRCUIT COURT                        MNCO

5.      On January 18, 2012, Plaintiff filed its "First Amended Class Action Complaint", along with an entry of appearance on behalf of seven additional attorneys, as "Counsel For Plaintiff and the Defined Class."

6.      *ARCP Rule 15(a)* provides that a party may amend his pleadings at any time without leave of court; however, Rule 15(a) also provides as follows:  "Where, however, upon motion of an opposing party, the court determines that prejudice would result or the disposition of the cause would be unduly delayed because of the filing of an amendment, the court may strike such amended pleading or grant a continuance of the proceeding."

7.      Defendant hereby requests that Plaintiff's Amended Complaint be stricken pursuant to *ARCP Rule 15(a)*, for the reasons set forth herein and in the brief accompanying this motion.  In the alternative, Defendant requests that a continuance be granted.

8.      Specifically, Plaintiff has filed an Amended Complaint over two months after this matter was set for a bench trial, as agreed to by counsel for the parties herein. Likewise, said Amended Complaint was filed nine days prior to the trial date of January 27, and well after the Motion cutoff date of December 27.

9.      Defendant respectfully submits that the filing of the Amended Complaint by Plaintiff is untimely and extremely prejudicial, in light of the pending trial date, set per the agreement of the parties.

10.      Defendant respectfully submits that due to the timing of the filing of the Amended Complaint, and given the nature of the pleading, the same should be stricken pursuant to *ARCP Rule 15(a)*.  In the alternative, a continuance should be granted, so that Defendant may address a pleading that was filed nine days prior to trial, and over two months after the parties agreed to a trial date.

11.      Given the timing and nature of the Amended Complaint, its prejudicial effect, and the apparent attempt to unduly delay the disposition of this proceeding, Defendant should be awarded

reasonable costs and attorney's fees incurred as a result of the filing of the Amended Complaint, including but not limited to, costs and attorney's fees associated with the filing of this Motion and brief in support thereof.

12.    Defendant files its brief in support of this Motion simultaneously herewith, incorporating the same herein, by reference, as if set forth word for word.

WHEREFORE, Defendant prays that this Motion be granted; that Plaintiff's Amended Complaint be stricken pursuant to ARCP Rule 15(a); in the alternative, for a continuance pursuant to ARCP Rule 15(a); for its costs and attorney's fees, associated with the filing of the Amended Complaint and this Motion and supporting brief in response thereto; and for all other just and proper relief to which it is entitled.

Respectfully Submitted,

_____
Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile

Attorney for The Bank of New York, Mellon as
Trustee for Cit Mortgage Loan Trust 2007-1

## CERTIFICATE OF SERVICE

On this 20th day of _____February_____ 2012, a true copy of the foregoing was served via United States Mail, with sufficient postage thereon to ensure delivery, upon:

Kathy A. Cruz
The Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

Joel Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro,  AR  72401

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock,  AR  72201

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston,  TX  77058

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia,  AR  71923

Sammy High

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**5th DIVISION**

FILED 01/20/12 15:56:23
Larry Crane Pulaski Circuit Clerk
CR01

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**

                                              **PLAINTIFFS**

**VS.**                **CASE NO: 60CV 2010 5926**

60CV-10-5926      601-60100037284-012
GARY REECE ET AL V THE BANK   4 Pages
PULASKI CO        01/20/2012 03:56 PM
CIRCUIT COURT                    FI51

**THE BANK OF NEW YORK, MELLON**
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**

                                            **DEFENDANTS**

## <u>DEFNDANT'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE, FOR A CONTINUANCE</u>

### I.      INTRODUCTION

On November 4, 2011, this matter was set for trial, by agreement of the parties. On said date, a bench trial was set, at the request of Plaintiffs' counsel. Counsel for Defendant did not object to a bench trial. On November 4, 2011, in concert with the setting of this matter for trial, this Court set a Motion cutoff date for Monday, December 27, 2011. The Court also stated that the parties were to advise the Court as to whether a pretrial was necessary, no later than January 6, 2012.

On January 9, 2012, Separate Plaintiff Sheri Woods moved for voluntary dismissal of her claim, and an Order was entered granting the relief requested. On January 18, 2012, Plaintiff filed its "First Amended Class Action Complaint", along with an entry of appearance on behalf of seven additional attorneys, as "Counsel For Plaintiff and the Defined Class."

### II.      ARGUMENT

*ARCP Rule 15(a)* provides that a party may amend his pleadings at any time without leave of court; however, Rule 15(a) also provides as follows: "Where, however, upon motion of an opposing party, the court determines that prejudice would result or the disposition of the cause would be unduly

delayed because of the filing of an amendment, the court may strike such amended pleading or grant a continuance of the proceeding." In *Williams v. Public Water Authority*, 368 Ark. 219; 243 S.W.3d 903 (2006), the Arkansas Supreme Court upheld the trial court's striking of an Amended Complaint filed three weeks prior to trial, where the trial court had held the amendment to be untimely, finding that allowing the amendment would prejudice the appellees by forcing them to defend against new allegations so close to trial. *Id.*

In this case, on October 15, 2010, Plaintiff filed a two page Complaint for Temporary Restraining Order, wherein Plaintiff requested that a Temporary Restraining Order be granted for the reasons set forth in said Complaint. Plaintiff failed to amend said Complaint until January 18, 2012. Plaintiff has now filed an eleven page Amended Complaint, nine days prior to the agreed bench trial date of January 27, well after the Motion cut-off date (December 27) set by this Court. This Amended Complaint purports to be a Class Action Complaint. Said Amended Complaint contains counts alleging violation(s) of the Arkansas Deceptive Trade Practices Act, along with counts alleging Unjust Enrichment and Slander of Title. It contains sixty paragraphs and demands a jury trial. The filing of this Amended Complaint is, without question, cause for relief under *ARCP 15(a)*.

In sum, the filing of an Amended Complaint of this nature, at this juncture of the case, is cause for relief under Rule 15. There is no question that the Plaintiff's Amendment of his Complaint, at this point in time, is beyond prejudicial, and disposition of the cause would be unduly delayed because of the filing of the Amended Complaint. *ARCP 15.* While, Defendant cannot comprehend why one would file an Amended Complaint of this nature, nine days before trial, absent even a request for a continuance, the record speaks for itself. Nevertheless, due to the facts set forth herein, Defendant is entitled to relief pursuant to *ARCP 15(a)*. In requesting relief under Rule 15, Defendant recognizes the Court's discretion as to whether the Amended Complaint should be stricken or a continuance

should be granted.  If this Court feels that a continuance is warranted, Defendant will cooperate in terms of any scheduling that may be necessary.

### III.   CONCLUSION

For the reasons set forth herein, Defendant respectfully submits that due to the timing of the filing of the Amended Complaint, and given the nature of the pleading, the same should be stricken pursuant to *ARCP Rule 15(a).*  In the alternative, a continuance should be granted, so that Defendant may address a pleading that was filed nine days prior to trial, and over two months after the parties agreed to a trial date.  Defendant requests that it be awarded costs and attorney's fees incurred with the filing of this Motion and brief in support thereof.

Respectfully Submitted,

Samuel S. High (2001125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile

Attorney for The Bank of New York, Mellon as Trustee for Cit Mortgage Loan Trust 2007-1

### CERTIFICATE OF SERVICE

On this 20th day of  January  2012, a true copy of the foregoing was served via United States Mail, with sufficient postage thereon to ensure delivery, upon:

Kathy A. Cruz
The Cruz Law Firm
1325 Central Avenue
Hot Springs, AR  71901

Joel Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401

Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923

_____

**Sammy High**

CV.5.2012.112

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## 5th DIVISION

**GARY REECE OR SHERRI WOODS**
**AND/OR OCCUPANTS OF**
**1015 NORTH MISSISSIPPI**
**LITTLE ROCK, AR 72207**                                      **PLAINTIFFS**

**VS.**                          **CASE NO: 60CV 2010 5926**

                                         FILED 01/31/12 08:56:28
                                         Larry Crane Pulaski Circuit Clerk
**THE BANK OF NEW YORK, MELLON**          F6
**AS TRUSTEE FOR CIT MORTGAGE**
**LOAN TRUST 2007-1**                                         **DEFENDANTS**

### ORDER FOR CONTINUANCE

COMES NOW this matter before the Court.  The Court being apprised of all issues relevant to

this matter, doth hereby CONSIDER, ORDER and ADJUDGE as follows:

1.    This matter is presently set for a bench trial on January 27, 2012.  For scheduling

purposes, due to the filing of Plaintiff's Amended Complaint on January 18, 2012, and for good cause

shown, a continuance is granted.  This matter shall be removed from the Court's January 27, 2012

docket.

2.    This matter is hereby continued until the 11th day of ___May___, 2012, at

10:00 a.m./p.m., or as soon thereafter as it may be heard.

**IT IS SO ORDERED.**

60CV-10-5926    601-60100037710-004
GARY REECE ET AL V THE BANK  2 Pages
PULASKI CO    01/31/2012 08:56 AM
CIRCUIT COURT              OR77T

_____
Honorable Wendell L. Griffin

_____
1-27-12
Date

Prepared by:

Samuel S. High (2005125)
WILSON & ASSOCIATES, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
(501) 219-9388 Telephone
(501) 219-9458 Facsimile
shigh@wilson-assoc.com
Attorney for Defendant

Agreed:

Joel Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401
(870) 972-1127 Telephone
(870) 972-1787 Facsimile
joel@crawleydeloache.com

Kathy A. Cruz
The Cruz Law Firm
1325 Central Avenue
Hot Springs, AR 71901

Scott E. Poynter
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058

Todd Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923
Attorneys for Plaintiff



# Wilson & Associates, P.L.L.C.
## Attorneys at Law – Tennessee & Arkansas

1521 Merrill Drive, Suite D220
Little Rock, AR 72211
501-219-9388
fax 501-219-9458
Internet: www.wilson-assoc.com

January 24, 2012

FILED 01/31/12 12:07:41
Larry Crane Pulaski Circuit Clerk
F6

John Barney**
James Bergstrom**
Holly Bishop**
Angela Boyd
Randall S. Bueter+
Kimberly D. Burnette
Mary Robin Casteel
Kimberly C. Hedrick**
Kristin Camp
Ted Cummins**
Leslie Fryxell
Joel W Giddens**
Michael Hathorn*
Rick Helms*+
Samuel High+
Jay Kendall**
Jonathan Luedloff
Angela Martin
Courtney Miller
H. Keith Morrison+
Robert H. Moss**
Daniel Osborne+
Christopher L Palmer+
Adam Perdue
J Skipper Ray+
John Roan**
J P. Sellers
Linda Schneider+
Aaron Squyres+
Robin Sullivan
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Maria Yoder

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

Honorable Wendell L. Griffin        Via Electronic Mail
Pulaski County Circuit Judge
5th Division
410 Courthouse, 401 W. Markham St.
Little Rock, AR 72201

RE:   Gary Reece, et al. v. The Bank of New York, Mellon as Trustee for
      Citi Mortgage Loan Trust 2007-1 / Case No. 60 CV 2010 5926

Dear Judge Griffen:

        **Please find a precedent, agreed Order of Continuance for the above matter.**
It is my understanding that the Court is in the midst of a jury trial this week, likely
requiring a continuance of the final hearing set for Friday, January 27, 2012. Also, an
Amended Complaint was filed by the Plaintiff on January 18, 2012. Subsequently, I had
(on behalf of my client) sought relief pursuant to Rule 15, in the form of a Motion to
Strike and In the Alternative, For a Continuance.   You may allow this letter to confirm
that given the necessity of a continuance, I concede that there is no longer a need to
address my Motion.

        If the Order meets with your approval, then I ask that you execute the same so that
it can be sent to the clerk for filing.   I am copying opposing counsel on this
correspondence.

                                    Sincerely,

                                    WILSON & ASSOCIATES, PLLC

                                    Sammy High

efm

cc:   Shannon Robinson (via email)
      Kathy Cruz (via email)
      Joel Hargis (via email)

60CV-10-5926    601-60100037706-034
GARY REECE ET AL V THE BANK 0 1 Page
PULASKI CO        01/31/2012 12:07 PM
CIRCUIT COURT              F174