IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

**5TH DIVISION**

| | |
|---|---|
| GARY REECE OR SHERRI WOODS<br>AND/OR OCCUPANTS OF<br>1015 NORTH MISSISSIPPI<br>LITTLE ROCK, AR 72207 | PLAINTIFFS |
| VS. | CASE NO: 60CV 2010 5926 |
| THE BANK OF NEW YORK, MELLON<br>AS TRUSTEE FOR CIT MORTGAGE<br>LOAN TRUST 2007-1 | DEFENDANTS |

FILED 10/15/10 14:46:12
Pat O'Brien Pulaski Circuit Clerk
VH

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER

WHEREAS, the Plaintiff, Gary Reece, by and through his attorney, Kathy A. Cruz, the Cruz Law Firm, P.L.C., and for his Complaint for Temporary Restraining Order against the Defendant, states:

1. This Court has both jurisdiction over the parties and subject matter, and venue is proper in this County.

2. Plaintiff was informed by letter, dated August 25, 2010, that his property, located at 1015 North Mississippi, Little Rock, Arkansas 72207, was going to be sold at public auction on October 19, 2010 at 3:30 p.m..

3. Plaintiff has been in negotiations with Vericrest for a substantial period of time to get a correct statement of the current amounts due. Plaintiff has previously sent the amounts demanded by Vericrest, only to have those checks returned with demands for additional amounts. Plaintiff has yet to be able to determine what amount would be necessary to satisfy Vericrest.

4. Plaintiff respectfully request that this Complaint be granted so that he is allowed to stay in the home until he is able to come before this Court and have his case heard.

5. Plaintiff also has stated in his Affidavit that the moving party, represented by Wilson and Associates P.L.L.C., is unknown to the Plaintiff, and that the Plaintiff believes that the moving party has no legal right or capacity to proceed, as no moving party named is in privity of contract with the Plaintiff. Therefore, there is a necessary party missing from the action under Arkansas Code Annotated 18-50-101 et. seq.

6. The Plaintiff will suffer irreparable harm if the Court does not grant his Complaint. The Plaintiff will be put out on the street, and the Plaintiff will lose all his equity in a home that he thought was his, but is now being sold by strangers. No damage will result to the Defendants, as upon information and belief, the Defendants are not in privity of contract with the Plaintiff, and have no capacity or power to act under Arkansas Code Annotated 18-50-101 et.seq.

7. The Plaintiff will likely succeed in having the sale cancelled until all proper parties are joined and are in privity of contract with the Plaintiff.

8. The public interest in allowing the Plaintiff the ability to come before the Court to save his home weighs heavily in favor of the entry of a Temporary Restraining Order in favor of the Plaintiff.

WHEREFORE, Plaintiff requests his Complaint for Temporary Restraining Order be granted, allowing the Plaintiff to remain at his residence of 1015 North Mississippi, Little Rock, Arkansas 72207, until a hearing before the Court can be scheduled, and for all other relief to which he is entitled.

Respectfully submitted,
GARY REECE, Plaintiff

By: _____
Kathy A. Cruz

                                           Arkansas Bar ID No. 87079
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901
501-624-3600 (telephone)
501-624-1150 (facsimile)
kathy@cruzlaw.com
Board Certified in Consumer Bankruptcy
Law by the American Board of Certification