IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY REECE, on behalf of himself and all
other similarly situated Arkansas residents**                              **PLAINTIFF**

v.                    CASE NO. 4:12CV00091 BSM

**BANK OF NEW YORK MELLON, as Trustee for
CIT Mortgage Loan Trust, 2007-1**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

Dated this 20th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE